FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 1 6 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Timothy Jason Wells,<br><br>    Defendant. | CR-17-01114-PHX-DLR(JZB)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>       (Felon in Possession of a Firearm)<br><br>      18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)<br>       (Forfeiture Allegation) |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

## COUNT 1

On or about July 18, 2017, in the District of Arizona, TIMOTHY JASON WELLS, having been previously convicted of Unlawful Sexual Intercourse with a Minor 3+ years younger, in Superior Court of California, El Dorado County, case number PO4CRF0087, on or about March 17, 2004, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically an American Firearms .38 Special caliber handgun, serial number 21146, which was shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

A. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United

States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

B. Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g)(1) set forth in this Indictment, defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms/ammunition involved in or used in the knowing violation of the statute set forth above, including, but not limited to the firearm listed in Count 1.

C. If any of the property described above, as a result of any act or omission of the defendant:

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: August 16, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/s/

LISA E. JENNIS
Assistant U.S. Attorney

- 2 -