# EXHIBIT G

 **SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO**
**495 MAIN STREET**
**PLACERVILLE, CA  95667**

**TO: FEDERAL PUBLIC DEFENDER**
ATTN: MACAYLA SKELTON
850 W. ADAMS, STE 201
PHOENIX, AZ 85007

**INVOICE NUMBER:   MS0000026**
**INVOICE DATE:      08/08/17**

## EL DORADO SUPERIOR COURT
## COPIES OF CRIMINAL RECORDS AND CERTIFICATIONS OF PRIOR CONVICTIONS

### BILLING PURSUANT TO GOVERNMENT CODE SECTION 70633(b)

| CASE NAME | CASE NUMBER | COPIES GC 70627(a) | | CERTIFICATIONS GC 70626(a)(4) | | TOTAL DUE |
| | | TOTAL PAGES | COST @ $.50/PAGE | # CERTS | COST @ $25.00/CERT | |
|---|---|---|---|---|---|---|
| TIMOTHY WELLS | P04CRF0087 | 52 | $    26.00 | | - | $    26.00 |
| | STORAGE FEE | | 10.00 | | - | 10.00 |
| | | | - | | - | - |
| | | | - | | - | - |
| | | | - | | - | - |
| | | | - | | - | - |
| | | | | | | |
| **TOTALS** | | 52 | $    36.00 | 0 | - | $    36.00 |

TERMS - DUE UPON RECEIPT

**PLEASE REMIT TO:**   EL DORADO SUPERIOR COURT
ATTN:  RECORDS - S. DILLON
495 MAIN STREET
PLACERVILLE, CA  95667

**TOTAL DUE**  $      36.00

**BILLING QUESTIONS:**   Sonal Dillon  (530) 621-6430
sdillon@eldoradocourt.org

**W-9 REQUESTS:**   Court-AP@eldoradocourt.org

# FEDERAL PUBLIC DEFENDER
## District of Arizona
### 850 West Adams Street, Suite 201
### Phoenix, Arizona 85007

**JON M. SANDS**
**Federal Public Defender**

(602) 382-2700
1-800-758-7053
FAX:  (602) 382-2800

# Fax Transmission

THIS FAX MESSAGE IS CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE NAMED RECIPIENT OR HIS OR HER AGENT OR EMPLOYEE.   THE INFORMATION CONTAINED MAY BE SUBJECT TO ATTORNEY/CLIENT PRIVILEGE AND ANY USE NOT AUTHORIZED IS STRICTLY PROHIBITED.   NO PRIVILEGE IS WAIVED.

| To: | El Dorado County Court Attn: Records | Date: | 7/24/2017 10:12 AM |
|---|---|---|---|
| Fax #: | (530) 295-2536 | Pages: | 2 (including fax cover sheet) |
| From: | Macayla Skelton, Assistant Paralegal | | |
| Subject: | Request for Records | | |

COMMENTS:

Enclosed please find a request for all Records.  Information can be faxed to my attention at (602) 382-2800 or mailed to my attention.

If you have any questions, please contact me directly at (602) 382-2823.

Thank you for your cooperation in this matter.

**CONFIDENTIAL AND PRIVILEGED INFORMATION** - The document which follows is only intended for the person to whom it is addressed.  If you are not the intended recipient or authorized agent, then this is notice to you that dissemination, distribution or copying of this document is prohibited.  If this document is received in error, please call the sender at once.
**NOTE:** If this fax did not completely transmit or if you have any questions, feel free to contact our office at 602-382-2700.

#26

## FEDERAL PUBLIC DEFENDER
### District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007

**JON M. SANDS**
**Federal Public Defender**

602-382-2700
(Fax) 602-382-2800
1-800-758-7053

### VIA FACSIMILE @ (530) 295-2536

July 24, 2017

El Dorado County Court
Attn: Records
2850 Fairlane Court, Suite 110
Placerville, CA 95667

*Re:*   *United States v. Timothy Jason Wells,*

Dear Custodian of Records:

Our office represents Timothy Wells in a matter pending in the United States District Court in Phoenix, Arizona. We have learned that Mr. Well's has had a case out of El Dorado County Court and it is important for the attorney to find out whether the underlying offense was a "wobbler" and how it was resolved.

As part of our representation, it is necessary to obtain a complete copy of the following:

> All court documents in all cases (Case Number: PO4CRF0087) reference **TIMOTHY WELLS (DOB: 12/10/1969)** to include Charging Document-Complaint/Indictment, Pleadings, Orders, Minute Entries, Plea Agreement, Presentence Report, Probation Revocation, Judgment of Conviction, Docket, and any other documentation contained in the court files. Documents need not be certified.

**We are requesting a <u>RUSH</u> be placed on this request given that this information is needed for a deadline in Mr. Well's pending matter.** Your cooperation in releasing the above requested information is greatly appreciated. All documents can be mailed or faxed to my attention at (602) 382-2800.

**As we are a public agency representing the indigent, we request the charges for copying be waived by your agency.** If any cost is incurred, please send an invoice or contact me prior to printing. If you have any questions, please contact me at (602) 382-2823. Thank you.

Sincerely,

Macayla Skelton
Paralegal Assistant

RECEIVED
JUL 25 2017
BY: S. DILLON

cc: Benjamin Good, Esq.



FILED

FEB 10 2004

EL DORADO CO. SUPERIOR COURT
BY R Picta DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF EL DORADO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | DKT#: **P04CRF0087** |
| | DA # : 04-02-000941 |
| Plaintiff, | AGENCY/ NO. |
| vs. | EDSO EG0401623 |
| TIMOTHY JASON WELLS, | |
| | DEPARTMENT 7 |
| Defendant. | |

### CRIMINAL COMPLAINT

The District Attorney of El Dorado County, based upon information and belief, hereby alleges:

### COUNT I

On or between the 15th day of November, 2003, and the 6th day of February, 2004, in the County of El Dorado, the crime of UNLAWFUL SEXUAL INTERCOURSE, in violation of **PENAL CODE SECTION 261.5(c)**, a Felony, was committed by TIMOTHY JASON WELLS, who engaged in an act of unlawful sexual intercourse with Jane Doe, a minor, not the spouse of the defendant, the minor being more than three years younger than the defendant.

"NOTICE: Conviction of this offense will require the court to order you to submit to a blood test for evidence of antibodies to the probable causative agent of Acquired Immune Deficiency Syndrome (AIDS). Penal Code Section 1202.1."

### COUNT II

On or between the 15th day of November, 2003, and the 6th day of February, 2004, in the County of El Dorado, the crime of UNLAWFUL SEXUAL INTERCOURSE, in violation of **PENAL CODE SECTION 261.5(c)**, a Felony, was committed by TIMOTHY JASON WELLS, who engaged in an act of unlawful sexual intercourse with Jane Doe, a minor, not the spouse of the defendant, the minor being more than three years younger than the defendant.

"NOTICE: Conviction of this offense will require the court to order you to submit to a blood test for evidence of antibodies to the probable causative agent of Acquired Immune Deficiency Syndrome (AIDS). Penal Code Section 1202.1."

This is a separate and distinct offense from that alleged in Count I.

## COUNT III

On or between the 15th day of November, 2003, and the 6th day of February, 2004, in the County of El Dorado, the crime of UNLAWFUL SEXUAL INTERCOURSE, in violation of **PENAL CODE SECTION 261.5(c)**, a Felony, was committed by TIMOTHY JASON WELLS, who engaged in an act of unlawful sexual intercourse with Jane Doe, a minor, not the spouse of the defendant, the minor being more than three years younger than the defendant.

"NOTICE:  Conviction of this offense will require the court to order you to submit to a blood test for evidence of antibodies to the probable causative agent of Acquired Immune Deficiency Syndrome (AIDS).  Penal Code Section 1202.1."

This is a separate and distinct offense from that alleged in Counts I and II.

## COUNT IV

On or between the 15th day of November, 2003, and the 6th day of February, 2004, in the County of El Dorado, the crime of ORAL COPULATION OF A PERSON UNDER 18 , in violation of **PENAL CODE SECTION 288a(b)(1),** a Felony, was committed by TIMOTHY JASON WELLS, who did unlawfully participate in an act of oral copulation with Jane Doe, a person under the age of eighteen years.

"NOTICE: Conviction of this offense will require the court to order you to submit to a blood test for evidence of antibodies to the probable causative agent of Acquired Immune Deficiency Syndrome (AIDS).  Penal Code Section 1202.1."

"NOTICE: Conviction of this offense will require you to register pursuant to Penal Code Section 290.  Willful failure to register is a crime."

"NOTICE: Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296.  Willful refusal to provide the specimens and samples is a crime."

## COUNT V

On or between the 15th day of November, 2003, and the 6th day of February, 2004, in the County of El Dorado, the crime of ORAL COPULATION OF A PERSON UNDER 18 , in violation of **PENAL CODE SECTION 288a(b)(1),** a Felony, was committed by TIMOTHY JASON WELLS, who did unlawfully participate in an act of oral copulation with Jane Doe, a person under the age of eighteen years.

"NOTICE: Conviction of this offense will require the court to order you to submit to a blood test for evidence of antibodies to the probable causative agent of Acquired Immune Deficiency Syndrome (AIDS).  Penal Code Section 1202.1."

"NOTICE: Conviction of this offense will require you to register pursuant to Penal Code Section 290.  Willful failure to register is a crime."

"NOTICE: Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296. Willful refusal to provide the specimens and samples is a crime."

This is a separate and distinct offense from that alleged in Count IV.


## COUNT VI

On or between the 15th day of November, 2003, and the 6th day of February, 2004, in the County of El Dorado, the crime of ORAL COPULATION OF A PERSON UNDER 18 , in violation of **PENAL CODE SECTION 288a(b)(1),** a Felony, was committed by TIMOTHY JASON WELLS, who did unlawfully participate in an act of oral copulation with Jane Doe, a person under the age of eighteen years.

"NOTICE: Conviction of this offense will require the court to order you to submit to a blood test for evidence of antibodies to the probable causative agent of Acquired Immune Deficiency Syndrome (AIDS). Penal Code Section 1202.1."

"NOTICE: Conviction of this offense will require you to register pursuant to Penal Code Section 290. Willful failure to register is a crime."

"NOTICE: Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296. Willful refusal to provide the specimens and samples is a crime."

This is a separate and distinct offense from that alleged in Count IV and V.


## COUNT VII

On or about the 7th day of February, 2004, in the County of El Dorado, the crime of UNLAWFUL SEXUAL INTERCOURSE, in violation of **PENAL CODE SECTION 261.5(c),** a Felony, was committed by TIMOTHY JASON WELLS, who engaged in an act of unlawful sexual intercourse with Jane Doe, a minor, not the spouse of the defendant, the minor being more than three years younger than the defendant.

"NOTICE: Conviction of this offense will require the court to order you to submit to a blood test for evidence of antibodies to the probable causative agent of Acquired Immune Deficiency Syndrome (AIDS). Penal Code Section 1202.1."


## COUNT VIII

On or about the 7th day of February, 2004, in the County of El Dorado, the crime of ORAL COPULATION OF A PERSON UNDER 18 , in violation of **PENAL CODE SECTION 288a(b)(1),** a Felony, was committed by TIMOTHY JASON WELLS, who did unlawfully participate in an act of oral copulation with Jane Doe, a person under the age of eighteen years.

"NOTICE: Conviction of this offense will require the court to order you to submit to a blood test for evidence of antibodies to the probable causative agent of Acquired Immune Deficiency Syndrome (AIDS). Penal Code Section 1202.1."

"NOTICE: Conviction of this offense will require you to register pursuant to Penal Code Section 290.  Willful failure to register is a crime."

"NOTICE: Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296.  Willful refusal to provide the specimens and samples is a crime."

Dated:   February 10, 2004.



GARY L. LACY
District Attorney

By: _____

Subscribed and sworn to before me this  10th day of February, 2004.

_____
TJK/nt

Pursuant to Penal Code §1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code §1054.3 and pursuant to the provisions of Penal Code §1054.7.

**IT IS SO ORDERED** that the People's discovery request is granted.

DATE _____          _____
                                                Judge

SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO
495 Main Street
Placerville, CA  95667

People of the State of California
                    VS.                              Case No: P04CRF0087
        TIMOTHY JASON WELLS

MINUTE ORDER

=======================================================================
VOP-ARRAIGNMENT
Date: 02/14/05        Time:  8:30 am       Dept/Div: 1
=======================================================================
Charges:  1) 261.5(C) PC-F C, 2) 261.5(C) PC-F C, 3) 261.5(C) PC-F C
4) 288A(B)(1) PC-F D, 5) 288A(B)(1) PC-F D, 6) 288A(B)(1) PC-F D
--- MORE CHARGES for this Case/defendant ---
-----------------------------------------------------------------------
Honorable JUDGE DANIEL B. PROUD presiding
CLERK: C. SANDERS
Court Reporter J. Bowker
Bailiff MAYS
-------
Deputy District Attorney P. SUTHERLAND present.
Defendant is represented by B. SUTTON - cac.
Defendant present
-------
IN RE: FELONY VIOLATION OF PROBATION
Plea agreement set forth on the record.
**Case P04CRM1192 will be dismissed upon
admission of Violation of Probation in this case.
-------
Arraignment and advisal of Constitutional rights Waived.
-------
Right to Speedy Trial waived.
Right to Continuance waived.
Right to Trial by Court waived.
Right to confront and cross-examine witnesses waived.
Right to Remain Silent waived.
-------
Defendant is advised of mandatory fines.
Defendant advised of maximum/minimum penalty.
Defendant advised that he/she may be subject to pay restitution
in addition to any restitution fine that the Court may impose.
Defendant advised that he/she may be subject to pay a fine in
addition to any restitution fine the Court may impose.
-------
Counsel stipulate that there is a factual basis for the plea and
admission.
-------
Defendant ADMITS Violation of Probation
-------
Court accepts plea/admission to probation violation.
The Court finds that there is a factual basis for the entry of
the plea and that the plea is freely and voluntarily made.
Defendant advised that he/she had the right to be sentenced not
less than six (6) hours nor more than five (5) days.
Formal arraignment for and time of sentencing waived.
No legal cause why judgment should not now be pronounced.

3/29/05                                                                    Page:        2
------------------------------------------------------------------------------
Case Number : P04CRF0087        People vs. TIMOTHY WELLS
==============================================================================
        -------
        For all charges:
        Including Violation of Probation
        -------
        Probation is ordered REVOKED.
        -------
        Probation is ordered Reinstated and continued.
        No additional time added to Probation.
        -------
        Probation is MODIFIED as follows: -
        14) Defendant committed to the custody of the County Sheriff for a
        --- period of 30 days.
        Credit for ANY time served.
        Contact jail by: 02/18/2005.
        OR
        Stay of execution granted until 05/06/2005 at 18:00 and
        defendant is ordered to surrender to Sheriff at that time.
        Work Program approved by Court.
        Home Electronic Monitoring approved by Court.
        Alternative Sentencing o.k.
        Commitment issued.
        -------
        Defendant advised of Appeal Rights.
        -------
        Released on Probation
        -------
        No further appearance scheduled.
        -------
        CC:DA PD DEF JAIL PROB DCSS ATTY INT POLICE SHERIFF CHP PROG
        ================ MINUTE ORDER END ===============
        ================ MINUTE ORDER END ===============
        ================MINUTE ORDER END===========

                                                        Dispo

☑ Western Slope Dept. # _1_
☐ South Lake Tahoe Dept. # _____

**EL DORADO COUNTY SUPERIOR COURTS**
**STATE OF CALIFORNIA**

**ORDER, NOTICE, SENTENCE, COMMITMENT FORM**

Case No. _P04CRF0087_
Reporter _Bowbin_
Interpreter _____

THE PEOPLE vs _Timothy Wells_, Defendant
NEXT COURT APPEARANCE DATE: _____ P/NP
AT _____ A.M. / P.M.   CHARGES: _261.5(c)PC, 261.5(c)PC_
_261.5(c)PC_
Defense Atty: _C. Vest_ ☐ IN PRO PER

DA _Houle_
Date _12-7-05_
Judge _Proud_
Clerk _Clark_

### ORDER

Public Defender: APPLIED FOR / APPOINTED / DENIED
Conflict Attorney: APPOINTED: _____
Interpreter Appointed     Probation Report Ordered for: J&S / Bail Review
Other: _____

For:
☐ Arraignment in Superior
☐ Continued arraignment
☐ Pre Prelim Conference
☐ Pretrial Conference
☐ Court Trial
☐ Not Guilty
☐ Time: Not Waived / Waived
☐ Motion:
☐ Order to Show Cause
☐ _____
☐ Trial Setting Conference in Dept.

☐ Entry of Plea
☐ Written Waivers / Ret. by: _____
☐ Preliminary Examination _____
☐ Readiness Conference
☐ Jury Trial:
☐ Guilty / No Contest by: Plea / Waiver / Verdict
☑ Admits VOP / DIV: _____
☐ Diversion Hearing / Review   _special allegation_
☐ Case Dismissed
☐ Probation / Sentencing

### CUSTODIAL STATUS

DEFENDANT BEING RELEASED ON HIS/HER OWN RECOGNIZANCE, AGREES:
(A) He / She will appear at all times and places as ordered by the Court or magistrate releasing him and as ordered by any Court in which, or any magistrate before whom, the charge is subsequently pending.
(B) If he / she fails to so appear and is apprehended outside the State of California, he / she waives extradition.
(C) Any Court or magistrate of competent jurisdiction may revoke the order of release and either return him / her to custody or require that he / she may give bail or other assurance of his / her appearance as provided in part 2, title 10, chapter 1 of the Penal Code.
☐ Order of Release on Probation
☐ Order of Release of Defendant on Own Recognizance
_____, Defendant
☐ Witnesses by: _____ Date: _____
☐ Remanded to custody of Sheriff until next appearance: ☐ Remand Forthwith
☐ Bail Amount: _____
☐ Remain at Liberty on Bail.
☐ Bail Exonerated
☐ Defendant ordered discharged.
☐ Refund cash bail.

### COURT PROBATION ORDER

☐ SUMMARY COURT PROBATION _____
☐ PROBATION: as granted on _____
☐ MODIFIED: Original items in full force and effect except as amended herein this date.
☑ PROB / DIV REINSTATED: Original items in full force except as amended herein this date.
☑ REVOKED: PROBATION / DIVERSION on: _____
☐ PROBATION / DIVERSION TERMINATED: SUCCESSFUL / UNSUCCESSFUL
☐ CRIMINAL PROCEEDINGS REINSTATED
☐ CHARGES DISMISSED and 1203.4 PC relief granted

### FURTHER ORDERS AS FOLLOWS:

☐ Standard Terms
1. Obey all laws.
2. Report immediately to Probation Department / District Attorney / Family Support Division.
3. Follow all orders of Court / Probation Officer / District Attorney / Family Support Division. and report as directed.
4. Seek and Maintain employment and notify Probation Officer / District Attorney of any change in employment status.
5. Notify Court / Probation Officer / District Attorney immediately of any change in residence address.

☐ Although not a condition of Probation, it is Judgment and Order of this Court that the defendant pay (Court appointed Atty.) (Public Defender) costs of: $_____
payable to El Dorado County Counsel / Court within _____ days.

**DMV SUPERCEDES ANY COURT ORDER**

### SENTENCE

☐ Not to operate a motor vehicle without a valid driver's license and automobile insurance.
☐ Not to operate a motor vehicle with any measurable amount of alcohol.
☐ Submit to a chemical test of blood, breath or urine upon request of any peace officer.
☐ Submit to alcohol and field sobriety tests.
☐ Not to frequent places where alcohol is chief product of sale.
☐ Not to consume, have in your possession or control any alcohol.
☐ Drivers license restricted/suspended/revoked for _____ from _____
☐ To and from work.   ☐ During course of employment.
☐ To and from alcohol treatment sessions.
☐ IID By: _____ with proof to court.
☐ Wet Reckless   Enroll by _____
☐ Trac 1-3 month  Enroll by _____   Complete by _____
☐ Trac 1-6 month  Enroll by _____   Complete by _____
☐ Trac II          Enroll by _____   Complete by _____
☐ Fine: Pay a Fine of . . . . . . . $_____ or appear Including Penalty Assessment
☐ Admin Fee: . . . . . . . . . . $_____
☐ Booking Fee: . . . . . . . . . $_____
☐ Restitution: Misd/Fel. . . . . . . $_____
☐ Total Due: . . . . . . . . . . . $_____ or appear
☐ Fine to be paid on or before _____ or appear
☐ Payable at $_____ per month  beg. _____ or appear
☐ In lieu of Fine: Comm. Ser. / Jail
☐ Contact Community Service / Counseling by _____
☐ _____ Hrs. to be completed by _____ or appear
☐ Other: _____

Enroll/Complete By: _____

### JAIL RESTITUTION

☑ Serve _90_ days/hrs. in the El Dorado County Jail.
☑ Concurrent   ☐ Consecutive   ☐ Forthwith
☑ Case No.: _P05CRM01637_
☑ With CTS _any_ days/hrs.
☐ Contact Jail by _____ / next business day.
☐ Stay of execution: _____ at _____ a.m./p.m.
☐ Sheriff Work Program   ☐ Straight Time Only
☐ Weekends commencing: _____
☐ Home Electronic Monitoring Program
☐ Out of County   ☐ Alternative Sentencing OK
☐ Restitution in the amount to be determined by Prob. Dept./Victim witness
☐ Payable to Prob. Dept. / Court
$_____ per month beg. _____ total: _____
☐ Payable directly to _____
with proof to the court by: _____

TO THE SHERIFF:   The foregoing copy of judgment in the above entitled action
is your authority for the execution herein.

**I hereby acknowledge receipt of a copy of this Probation Order,
and I accept probation on the terms stated herein.**

Dated: _____        Date of Birth: _____

Defendant Signature _____

Residence: _____

_____

Mailing Address (if different): _____

_____

_____

_____

_____

☐ Submit to search and seizure of person,
   vehicle, business & property anytime, day or night
   with or without a search warrant

☐ Object: _____

☐ Not annoy, harass, threaten or have any contact with

☐ Not own or have possession, custody or control of any

☐ Not maintain any checking account or have any checks or
   credit cards in possession or under control or custody.

☐ Destroy Weapon / Evidence

☐ Return Weapon / Evidence to: _____

☐ Register address   290 P.C.   11590 H&S      457.1(b)P.C.

☐ Defendant advised of Code requirements

☐ Other: _____

ENET   D.A.   D.A./FS   P.D.   JAIL   PROB.   CO. COUNSEL   OFFICER   ATTY.   DEF.   PROG.   CHP   POLICE   V.W.   INTER.   REPTR.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO
2850 Fairlane Court
Placerville, CA  95667

People of the State of California
VS.                                    Case No: P04CRF0087
TIMOTHY JASON WELLS

MINUTE ORDER

===============================================================
VOP-ARRAIGNMENT
Date: 10/03/05        Time:  1:30 pm      Dept/Div: 7
===============================================================
Charges:  1) 261.5(C) PC-F C, 2) 261.5(C) PC-F C, 3) 261.5(C) PC-F C
4) 288A(B)(1) PC-F D, 5) 288A(B)(1) PC-F D, 6) 288A(B)(1) PC-F D
--- MORE CHARGES for this Case/defendant ---
---------------------------------------------------------------
Honorable Judge GREGORY F. HAAS presiding
Clerk: S. Cottingham
Court Reporter C. Billalon
Bailiff A. Feather
-------
Defendant is present IN CUSTODY.
Defendant is represented by Carter Vest - Retained.
-------------------------
Defendant arraigned and advised of the following rights:
COUNSEL: You have the right to an attorney at all stages of the
proceedings and if it is determined you cannot afford an
attorney, the court will
appoint one to represent you. If the court appoints an attorney
for you, then upon conclusion of your case, the court will
conduct a hearing to
determine your ability to pay for the costs of appointed
counsel. You may be ordered to pay all or a part of such costs
within your ability. Such an
order may be enforced only by civil judgment. You have the
constitutional right to represent yourself at all stages of the
proceedings.
REASONABLE BAIL: If you are in custody you have the right to be
release on reasonable bail pending further proceedings.
SPEEDY TRIAL: You have the right to a speedy public trial before
a jury or judge and the right to have that trial within 60 days
if you are in custody
JURY TRIAL: You have the right to trial by jury or you can waive
that right and be tried by the court alone sitting without a
jury.
PRELIMINARY HEARING: You have the right to a Preliminary
Examination within ten (10) Court days following plea.
SUBPOENA: You have the right to the issuance of subpoenas to
compel witnesses in your behalf to appear in court and testify.
SELF INCRIMINATION: You have the right to remain silent and no
adverse emphasis will be drawn from the fact if you choose not
to testify.
CONFRONTATION: You have the right to face, confront and examine
and cross-examine your accusers in open court.
PRIOR ALLEGATION: You are advised that as to the prior
allegations in the complaint, you are entitled to all of the
rights set forth hereinabove and

---------------------------------------------------------------------
Case Number : P04CRF0087      People vs. TIMOTHY WELLS
=====================================================================
    PLEA: You have the right to plead guilty, not guilty, no
    contest, once in jeopardy, not guilty by reason of insanity.
    CONTINUANCE: You have the right to a reasonable continuance.
    Defendant advised of maximum/minimum penalty.
    -------
    HEARING
    VOP Further Proceedings set for 10/07/2005 at 13:30 in
    Department 1.
    -------------------------
    COURT ORDERS:
    Bail Bond # A30-2057920 is ordered reinstated and exonerated and
    forfeiture is vacated.
    -------------------------
    Oral motion on behalf of Defense regarding request OR release
    -------------------------
    Motion is DENIED.
    -------------------------
    CUSTODY STATUS
    Remains remanded to the custody of the Sheriff.
    Bail set at $25000.00.
    -------------------------
    CC:DA PD DEF JAIL PROB DCSS ATTY INT POLICE SHERIFF CHP PROG
    ==================MINUTE ORDER END==========

                                           Dispo

SUPERIOR COURT OF CALIFORNIA
COUNTY OF EL DORADO
2850 Fairlane Court
Placerville, CA 95667

PEOPLE OF THE STATE OF CALIFORNIA,  )
                            PLAINTIFF,  )          Case No: P04CRF0087
                                       )
                                       )          NOTICE OF BAIL BOND
                              vs        )          EXONERATION
                                       )          A30-2057920
WELLS, TIMOTHY JASON                   )
                            DEFENDANT,  )
_____    )

WATERS BAIL BONDS
2308 J ST NO B
SACRAMENTO, CA 95816

AMERICAN CONTRACTORS INDEMNITY COMPANY
9841 AIRPORT BLVD 9TH FLOOR
LOS ANGELES, CA 90045

TO THE ABOVE NAMED BAILOR:
Please be advised that on 10/03/05 the Court ordered the Bail
Bond posted on the above named action, be exonerated on behalf of
the above named defendant.

This notice applies to bond which was posted in the
amount of $25,000.00 and which was filed on 05/18/05 for the
defendant on the above named cause.

                              By _____
                                         Deputy Clerk

_____
                CLERK'S CERTIFICATE OF MAILING

Clerk of Consolidated Courts, County of El Dorado, do hereby certify
that, on the date below, a copy of the foregoing NOTICE OF BAIL BOND
EXONERATION was served by depositing said enclosed copy in a sealed
envelope with postage thereon prepaid in the mail at El Dorado, CA.

                              CLERK OF THE ABOVE COURT

Dated: 10/04/05               By _____
                                         Deputy Clerk

cc:  COUNTY COUNSEL, via Interoffice Mail

☒ Western Slope Dept. # _7_
☐ South Lake Tahoe Dept. # _____

**EL DORADO COUNTY SUPERIOR COURTS**
**STATE OF CALIFORNIA**

**ORDER, NOTICE, SENTENCE, COMMITMENT FORM**

Case No. _PO4CRF0087_
Reporter _Villalon_
Interpreter _____

THE PEOPLE vs _Timothy Wells_ , **Defendant**

NEXT COURT APPEARANCE DATE: _10-3-05_  _10-7-05_ PNP

AT _30_ A.M. (P.M.)  CHARGES: _261.5 (c) PC 3CT_ VC
_1203.2 (a) PC_

Defense Atty: _has retained_ ☐ IN PRO PER
_Carter Vest_

DA _____
Date _10-3-05_
Judge _Haas_
Clerk _Littenham_  SLP

**DMV SUPERCEDES ANY COURT ORDER**

### ORDER

Public Defender: APPLIED FOR / APPOINTED / DENIED
Conflict Attorney: APPOINTED: _____
Interpreter Appointed _____  Probation Report Ordered for: J&S / Bail Review
Other: _____

**For:**
☐ Arraignment in Superior
☒ Continued arraignment  VOP
☐ Pre Prelim Conference
☐ Pretrial Conference  Dept. 1
☐ Court Trial
☒ Not Guilty
☒ Time: Not Waived / Waived
☐ Motion
☐ Order to Show Cause
☐ _____
☐ Trial Setting Conference in Dept. _____

☐ Entry of Plea
☐ Written Waivers / Ret. by: _____
☐ Preliminary Examination
☐ Readiness Conference
☐ Jury Trial
☐ Guilty / No Contest by: Plea / Waiver / Verdict
☐ Admits VOP / DIV: _____
☐ Diversion Hearing / Review
☐ Case Dismissed
☐ Probation / Sentencing

### CUSTODIAL STATUS

DEFENDANT BEING RELEASED ON HIS/HER OWN RECOGNIZANCE, AGREES:
(A) He / She will appear at all times and places as ordered by the Court or magistrate releasing him and as ordered by any Court in which, or any magistrate before whom, the charge is subsequently pending.
(B) If he / she fails to so appear and is apprehended outside the State of California, he / she waives extradition.
(C) Any Court or magistrate of competent jurisdiction may revoke the order of release and either return him / her to custody or require that he / she may give bail or other assurance of his / her appearance as provided in part 2, title 10, chapter 1 of the Penal Code.
☐ Order of Release on Probation
☐ Order of Release of Defendant on Own Recognizance

_____ , **Defendant**

☐ Witnesses by: _____  Date: _____
☒ Remanded to custody of Sheriff until next appearance:  ☐ Remand Forthwith
☒ Bail Amount: _85,000._
☐ Remain at Liberty on Bail.
☐ Bail Exonerated
☐ Defendant ordered discharged.
☐ Refund cash bail.

### COURT PROBATION ORDER

☐ SUMMARY COURT PROBATION _____
☒ PROBATION: as granted on _3-17-04_
☐ MODIFIED: Original items in full force and effect except as amended herein this date.
☐ PROB / DIV REINSTATED: Original terms in full force except as amended herein this date.
☒ REVOKED: PROBATION / DIVERSION on: _9-26-05_
☐ PROBATION / DIVERSION TERMINATED: SUCCESSFUL / UNSUCCESSFUL
☐ CRIMINAL PROCEEDINGS REINSTATED
☐ CHARGES DISMISSED and 1203.4 PC relief granted

### FURTHER ORDERS AS FOLLOWS:

☐ Standard Terms
  1. Obey all laws.
  2. Report immediately to Probation Department / District Attorney / Family Support Division.
  3. Follow all orders of Court / Probation Officer / District Attorney / Family Support Division. and report as directed.
  4. Seek and Maintain employment and notify Probation Officer / District Attorney of any change in employment status.
  5. Notify Court / Probation Officer / District Attorney immediately of any change in residence address.

☐ Although not a condition of Probation, it is Judgment and Order of this Court that the defendant pay (Court appointed Atty.) (Public Defender) costs of: $_____ payable to El Dorado County Counsel / Court within: _____ days.

### SENTENCE

☐ Not to operate a motor vehicle without a valid driver's license and automobile insurance.
☐ Not to operate a motor vehicle with any measurable amount of alcohol.
☐ Submit to a chemical test of blood, breath or urine upon request of any peace officer.
☐ Submit to alcohol and field sobriety tests.
☐ Not to frequent places where alcohol is chief product of sale.
☐ Not to consume, have in your possession or control any alcohol.
☐ Drivers license restricted/suspended/revoked for
  _____ from _____
☐ To and from work.  ☐ During course of employment.
☐ To and from alcohol treatment sessions.
☐ IID By: _____ with proof to court.
☐ Wet Reckless  Enroll by _____
☐ Trac 1-3 month  Enroll by _____  Complete by _____
☐ Trac 1-6 month  Enroll by _____  Complete by _____
☐ Trac II  Enroll by _____  Complete by _____
☐ Fine: Pay a Fine of . . . . . . . $_____ or appear Including Penalty Assessment
☐ Admin Fee: . . . . . . . . . . . $_____
☐ Booking Fee: . . . . . . . . . . $_____
☐ Restitution: Misd/Fel . . . . . . $_____
☐ Total Due: . . . . . . . . . . . $_____ or appear
☐ Fine to be paid on or before _____ or appear
☐ Payable at $_____ per month beg. _____ or appear
☐ In lieu of Fine: Comm. Ser. / Jail
☐ Contact Community Service / Counseling by _____
☐ _____ Hrs. to be completed by _____ or appear
☐ Other: _____

Enroll/Complete By: _____

### JAIL RESTITUTION

☐ Serve _____ days/hrs. in the El Dorado County Jail.
☐ Concurrent  ☐ Consecutive  ☐ Forthwith
☐ Case No.: _____
☐ With CTS _____ days/hrs.
  Contact Jail by _____ / next business day.
☐ Stay of execution: _____ at _____ a.m/p.m.
☐ Sheriff Work Program  ☐ Straight Time Only
☐ Weekends commencing: _____
☐ Home Electronic Monitoring Program
☐ Out of County  ☐ Alternative Sentencing OK
☐ Restitution in the amount to be determined by Prob. Dept./Victim witness
☐ Payable to Prob. Dept. / Court
  $_____ per month beg. _____ total: _____
☐ Payable directly to _____
  with proof to the court by: _____
☐ Submit to search and seizure of person, residence,

is your authority for the execution herein.

**I hereby acknowledge receipt of a copy of this Probation Order, and I accept probation on the terms stated herein.**

Dated: _____          Date of Birth: _____

Defendant Signature _____

Residence: _____

_____

Mailing Address (if different): _____

_____

_____

_____

☐ Not annoy, harass, threaten or have any contact with _____

☐ Not own or have possession, custody or control of any _____

☐ Not maintain any checking account or have any checks or credit cards in possession or under control or custody.

☐ Destroy Weapon / Evidence

☐ Return Weapon / Evidence to: _____

☐ Register address   290 P.C.   11590 H&S   457.1(b)P.C.

☐ Defendant advised of Code requirements

☐ Other: _____

ENET/   D.A.   D.A./FS   P.D.   JAIL   PROB.   CO. COUNSEL   OFFICER   ATTY.   DEF.   PROG.   CHP   POLICE   V.W.   INTER.   REPTR.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO
495 Main Street
Placerville, CA  95667

People of the State of California
VS.
TIMOTHY JASON WELLS

Case No: P04CRF0087

MINUTE ORDER

```
========================================================================
HEARING RE: BENCH WARRANT HOLDING
Date: 07/11/05      Time:  1:30 pm      Dept/Div: 1
========================================================================
Charges:  1) 261.5(C) PC-F C, 2) 261.5(C) PC-F C, 3) 261.5(C) PC-F C
4) 288A(B)(1) PC-F D, 5) 288A(B)(1) PC-F D, 6) 288A(B)(1) PC-F D
--- MORE CHARGES for this Case/defendant ---
------------------------------------------------------------------------
Honorable JUDGE DANIEL B. PROUD presiding
CLERK: C. SANDERS
Court Reporter J. Bowker
Bailiff MAYS
-------
Special Appearance made by C. NEWTON FOR V. ASHWORTH.
Defendant is represented by Carter Vest - Retained.
-------
Defendant failed to appear.
-------
COURT ORDERS:
Current Bail Bond Forfeited.
-------
Warrant ordered quashed. Warrant is no longer active.
-------
VOPFP hearing set for 08/01/2005 at 13:30 is ordered vacated.
-------
Bench warrant ordered issued. $25000.00
-------
Oral motion on behalf of DEFENSE COUNSEL regarding RELIEVED
Motion DENIED at this time.
Counsel can renew motion at any time.
-------
CC:DA PD DEF JAIL PROB DCSS ATTY INT POLICE SHERIFF CHP PROG
================= MINUTE ORDER END ===============
```

                                        Dispo

SUPERIOR COURT OF CALIFORNIA
COUNTY OF  EL DORADO
2850 Fairlane Court
Placerville, CA 95667

PEOPLE OF THE STATE OF CALIFORNIA )
                          PLAINTIFF, )        Case No: P04CRF0087
                                    )
                                    )        NOTICE OF FORFEITURE
                                    )             OF BAIL
                      vs            )        (Penal Code Section 1305)
   WELLS, TIMOTHY JASON             )
                          DEFENDANT, )
_____)

WATERS BAIL BONDS
2308 J ST NO B
SACRAMENTO                  , CA 95816

AMERICAN CONTRACTORS INDEMNITY COMPANY
9841 AIRPORT BLVD 9TH FLOOR
LOS ANGELES                 , CA 90045

NOTICE IS HEREBY GIVEN that the Court, on 07/11/05, ordered
the undertaking of bail bond A30-2057920     in the amount of
$25,000.00   , filed on 05/18/05 as to the above named defendant,
FORFEITED.

NOTICE IS FURTHER GIVEN that pursuant to Section 1305 of the
Penal Code, reference to which is made for further particulars,
you are entitled to a hearing as to the setting aside of the
forfeiture within 185 days of the date of this notice, upon
filing of a noticed motion which sets forth the basis for
setting aside the forfeiture, with proof of service upon the
District Attorney and the Office of the El Dorado County Counsel
at least ten (10) days prior to the date set for hearing.

   Summary Judgment date set for _____.


                                By _____
                                        Deputy Clerk

_____
                  CLERK'S CERTIFICATE OF MAILING

Clerk of Consolidated Courts, County of El Dorado, do hereby
certify that, on the date below, a copy of the foregoing
NOTICE OF FORFEITURE OF BAIL was served by depositing said
enclosed copy in a sealed envelope with postage thereon
fully prepaid in the mail at El Dorado, CA.


07/13/05                        By _____
                                        Deputy Clerk

Copy to COUNTY COUNSEL via Interoffice Mail

SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO
495 Main Street
Placerville, CA  95667


People of the State of California
                VS.                              Case No: P04CRF0087
         TIMOTHY JASON WELLS


                         MINUTE ORDER

====================================================================
VOP-FURTHER PROCEEDINGS
Date: 07/08/05        Time:  1:30 pm       Dept/Div: 1
====================================================================
Charges:  1) 261.5(C) PC-F C, 2) 261.5(C) PC-F C, 3) 261.5(C) PC-F C
4) 288A(B)(1) PC-F D, 5) 288A(B)(1) PC-F D, 6) 288A(B)(1) PC-F D
--- MORE CHARGES for this Case/defendant ---
--------------------------------------------------------------------
Honorable JUDGE DANIEL B. PROUD presiding
CLERK: C. SANDERS
Court Reporter Soroka
Bailiff Mays
-------
Deputy District Attorney V. ASHWORTH present.
Defendant is represented by Carter Vest - Retained.
-------
Defendant failed to appear.
COURT ORDERS:
Bench Warrant ordered issued and HELD. Bail set at $25000.00.
-------
Hearing RE: BENCH WARRANT HOLDING set for 07/11/2005 at 13:30 in
Department 1.
-------
VOP Further Proceedings set for 08/01/2005 at 13:30 in
Department 1.
-------
COURT ORDERS:
DEFENDANT BE PRESENT ON MONDAY OR BENCH
WARRANT WILL ISSUE.
-------
CUSTODY STATUS
Current Bail Bond Continued.
-------
CC:DA PD DEF JAIL PROB DCSS ATTY INT POLICE SHERIFF CHP PROG
===================MINUTE ORDER END===========

                                            Dispo

SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO
495 Main Street
Placerville, CA  95667


People of the State of California
VS.
TIMOTHY JASON WELLS

Case No: P04CRF0087


MINUTE ORDER

```
=======================================================================
VOP-FURTHER PROCEEDINGS
Date: 06/20/05        Time:  1:30 pm       Dept/Div: 1
=======================================================================
```
Charges:  1) 261.5(C) PC-F C, 2) 261.5(C) PC-F C, 3) 261.5(C) PC-F C
4) 288A(B)(1) PC-F D, 5) 288A(B)(1) PC-F D, 6) 288A(B)(1) PC-F D
--- MORE CHARGES for this Case/defendant ---
```
-----------------------------------------------------------------------
```
Honorable JUDGE DANIEL B. PROUD presiding
CLERK: C. SANDERS
Court Reporter J. Bowker
Bailiff Mays
- - - - - - -
Deputy District Attorney T. KELLIHER present.
Defendant is represented by B. SUTTON - cac.
Defendant present
- - - - - - -
Defendant states he has hired new counsel.
Defendant is represented by Carter Vest - Retained.
B. Sutton relieved as counsel.
- - - - - - -
VOP Further Proceedings set for 07/08/2005 at 13:30 in
Department 1.
- - - - - - -
Time is Waived.
- - - - - - -
Defendant is ordered back to Court.
- - - - - - -
CUSTODY STATUS
Current Bail Bond Continued.
- - - - - - -
CC:DA PD DEF JAIL PROB DCSS ATTY INT POLICE SHERIFF CHP PROG
```
==================MINUTE ORDER END===========
```

                                        Dispo

SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO
2850 Fairlane Court
Placerville, CA  95667


People of the State of California
                    VS.                          Case No: P04CRF0087
          TIMOTHY JASON WELLS

MINUTE ORDER

============================================================
VOP-FURTHER PROCEEDINGS
Date: 05/23/05        Time:  8:00 am        Dept/Div: 7
============================================================
Charges:  1) 261.5(C) PC-F C, 2) 261.5(C) PC-F C, 3) 261.5(C) PC-F C
4) 288A(B)(1) PC-F D, 5) 288A(B)(1) PC-F D, 6) 288A(B)(1) PC-F D
--- MORE CHARGES for this Case/defendant ---
------------------------------------------------------------
Honorable Retired Judge PATRICK J. RILEY presiding
Clerk: D. Stump
Court Reporter S Tuttle
Bailiff Feather
-------------------------
District Attorney Richard Jones present.
Defendant is represented by B. SUTTON - cac.
Defendant present
-------------------------
HEARING
VOP Further Proceedings set for 06/20/2005 at 13:30 in
Department 1.
-------------------------
Time is Waived.
-------------------------
CUSTODY STATUS
Current Bail Bond Continued.
-------------------------
Defendant is ordered back to Court.
-------------------------
CC:DA PD DEF JAIL PROB DCSS ATTY INT POLICE SHERIFF CHP PROG
===================MINUTE ORDER END===========

                                            Dispo

**American Contractors
Indemnity Company**
a member of HCC Surety Group
9841 Airport Blvd., 9th Floor
Los Angeles, CA 90045
(310) 649-2663

**FILED**

MAY 18 2005

EL DORADO CO. SUPERIOR COURT
BY _____ **CM 10** _____ (DEPUTY)

Waters Bail Bonds
2308 J St #P
Sacramento CA 95816
(916) 443-1900
Lic # BA 1800770

**BAIL BOND   No.** A-30 2057920
(POWER OF ATTORNEY WITH THIS NUMBER MUST BE ATTACHED.)

IN THE _Superior_ COURT OF THE _El Dorado_ _____ JUDICIAL DISTRICT
COUNTY OF _El Dorado_ _____, STATE OF CALIFORNIA
THE PEOPLE OF THE STATE OF CALIFORNIA

Plaintiff,                Case No. P04CRF0087

vs.

_Timothy Jason Wells_         Div. No. #D7
                    Defendant.

Defendant _Timothy Jason Wells_        503079
              (Name of Defendant)          Booking No.

having been admitted to bail in the sum of _Twenty five thousand_
Dollars ($ 25,000.00 ) and ordered to appear in the above-entitled court

on 5/23/05   8:00AM , on 261.5 pc (3 counts) 1203.2a pc charge/s
(Date of appearance)        (State "misdemeanor" or "felony")   felony

Now the AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, hereby undertakes that the above-named defendant will appear in the above-named court on the date above set forth to answer any charge in any accusatory pleading based upon the acts supporting the complaint filed against him/her and all dully authorized amendments thereof, in whatever court it may be prosecuted, and will at all times hold him/herself amenable to the orders and process of the court, and, if convicted, will appear for pronouncement of judgment or declaration; or, if he/she fails to perform either of these conditions, that the AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, will pay to the people of the State of California, the sum of _Twenty five thousand_ Dollars ($ 25,000.00 ).

If the forfeiture of this bond be ordered by the Court, judgement may be summarily made and entered forthwith against the said AMERICAN CONTRACTORS INDEMNITY COMPANY, a California Corporation, for the amount of its undertaking herein, as provided by Sections 1305 and 1306 of the California Penal Code.

THIS BOND IS VOID IF WRITTEN FOR AN AMOUNT GREATER THAN THE POWER OF ATTORNEY ATTACHED HERETO. IF MORE THAN ONE SUCH POWER IS ATTACHED, OR IF WRITTEN AFTER THE EXPIRATION DATE SPECIFIED ON THE ATTACHED POWER OF ATTORNEY.

**AMERICAN CONTRACTORS
INDEMNITY COMPANY**

By _Scott D. Roosevelt_
              Attorney-in-Fact

I certify under penalty of perjury that I am a licensed bail Agent of the AMERICAN CONTRACTORS INDEMNITY COMPANY and that I am executing this bond on _____ (date)
at _____
              (location)
                        _____
                        (signature of licensed agent)

The Premium Charged for this Bond is
$ 2,500.00 Per Annum.

Approved this 17 day of May, 20 05
_Sgt C Gun_
              Title

ACIC-CACD-11
(Rev. 6/04)

NOTE:  This is an Appearance Bond and cannot be construed as a guarantee for failure to provide payments, back alimony payments, FINES or Wage Law Claims, nor can it be used as a Bond on Appeal.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO
2850 Fairlane Court
Placerville, CA  95667


People of the State of California
                VS.                                     Case No: P04CRF0087
         TIMOTHY JASON WELLS


                          MINUTE ORDER

=====================================================================
VOP-ARRAIGNMENT
Date: 05/16/05          Time:  1:30 pm        Dept/Div: 7
=====================================================================
Charges:  1) 261.5(C) PC-F C, 2) 261.5(C) PC-F C, 3) 261.5(C) PC-F C
4) 288A(B)(1) PC-F D, 5) 288A(B)(1) PC-F D, 6) 288A(B)(1) PC-F D
--- MORE CHARGES for this Case/defendant ---
---------------------------------------------------------------------
Honorable Judge DOUGLAS C. PHIMISTER presiding
Clerk: T. MILLER
Court Reporter SOROKA
Bailiff ODLIN
-------------------------
Defendant is present IN CUSTODY.
-------------------------
Defendant arraigned and advised of the following rights:
COUNSEL: You have the right to an attorney at all stages of the
proceedings and if it is determined you cannot afford an
attorney, the court will
appoint one to represent you. If the court appoints an attorney
for you, then upon conclusion of your case, the court will
conduct a hearing to
determine your ability to pay for the costs of appointed
counsel. You may be ordered to pay all or a part of such costs
within your ability. Such an
order may be enforced only by civil judgment. You have the
constitutional right to represent yourself at all stages of the
proceedings.
REASONABLE BAIL: If you are in custody you have the right to be
release on reasonable bail pending further proceedings.
SPEEDY TRIAL: You have the right to a speedy public trial before
a jury or judge and the right to have that trial within 30 days
if you are in custody
or 45 days if you are not in custody, such time to commence
running at the time you enter a plea of not guilty.
JURY TRIAL: You have the right to trial by jury or you can waive
that right and be tried by the court alone sitting without a
jury.
SELF INCRIMINATION: You have the right to remain silent and no
adverse emphasis will be drawn from the fact if you choose not
to testify.
CONFRONTATION: You have the right to face, confront and examine
and cross-examine your accusers in open court.
SUBPOENA: You have the right to the issuance of subpoenas to
compel witnesses in your behalf to appear in court and testify.
PRIOR ALLEGATION: You are advised that as to the prior
allegations in the complaint, you are entitled to all of the
rights set forth hereinabove and
that the prior allegation must be proved beyond a reasonable

----------------------------------------------------------------------
Case Number : P04CRF0087      People vs. TIMOTHY WELLS
======================================================================
doubt.
PLEA: You have the right to plead guilty, not guilty, no
contest, once in jeopardy, not guilty by reason of insanity.
CONTINUANCE: You have the right to a reasonable continuance.
-------------------------
Defendant DENIES Violation of Probation.
-------------------------
Conflict Attorney B. SUTTON - cac appointed by Court.
-------------------------
VOP Further Proceedings set for 05/23/2005 at  8:00 in
Department 7.
-------------------------
Time is NOT waived.
-------------------------
CUSTODY STATUS
Remains remanded to the custody of the Sheriff.
Bail set at $25000.00.
-------------------------
CC:DA PD DEF JAIL PROB DCSS ATTY INT POLICE SHERIFF CHP PROG
-------------------------
==================MINUTE ORDER END===========

                                                    Dispo

☒ Western Slope Dept. # _____
☐ South Lake Tahoe Dept. # _____

**EL DORADO COUNTY SUPERIOR COURT**
**STATE OF CALIFORNIA**

**ORDER, NOTICE, SENTENCE, COMMITMENT FORM**

Case No. __P04CRF0087__
Reporter __Soroka__
Interpreter _____

THE PEOPLE vs __Timothy Jason Wells__ , Defendant

NEXT COURT APPEARANCE DATE: __5/23/05__ 3

AT __8:00__ A.M. / P.M.   CHARGES: __261.5(c) PC (4CTS)__
__288b(1) PC (4CTS), 1203.2(a) PC__

DA _____
Date __5-16-05__
Judge __R.C.P.__
Clerk __CM__

☐ P/NP
☐ I/C

Defense Atty: _____ IN PRO PER

**DMV SUPERCEDES ANY COURT ORDER**

### ORDER

Public Defender: APPLIED FOR / APPOINTED / DENIED
✗ Conflict Attorney: APPOINTED: __B. Sutton__
Interpreter Appointed        Probation Report Ordered for: J&S / Bail Review
Other: _____

For:
☐ Arraignment in Superior
☐ Continued arraignment
☐ Pre Prelim Conference
☐ Pretrial Conference
☐ Court Trial
⊗ Not Guilty
⊗ Time: Not Waived / Waived
☐ Motion:
☐ Order to Show Cause
✗ VOP  F.P.
☐ Trial Setting Conference in Dept.

☐ Entry of Plea
☐ Written Waivers / Ret. by: _____
☐ Preliminary Examination _____
☐ Readiness Conference
☐ Jury Trial: _____
☐ Guilty / No Contest by: Plea / Waiver / Verdict
☐ Admits VOP / DIV: _____
☐ Diversion Hearing / Review
☐ Case Dismissed
☐ Probation / Sentencing

### CUSTODIAL STATUS

DEFENDANT BEING RELEASED ON HIS/HER OWN RECOGNIZANCE, AGREES:
(A) He / She will appear at all times and places as ordered by the Court or magistrate releasing him and as ordered by any Court in which, or any magistrate before whom, the charge is subsequently pending.
(B) If he / she fails to so appear and is apprehended outside the State of California, he / she waives extradition.
(C) Any Court or magistrate of competent jurisdiction may revoke the order of release and either return him / her to custody or require that he / she may give bail or other assurance of his / her appearance as provided in part 2, title 10, chapter 1 of the Penal Code.
☐ Order of Release on Probation
☐ Order of Release of Defendant on Own Recognizance
_____ , Defendant
☐ Witnesses by: _____ Date: _____
⊗ Remanded to custody of Sheriff until next appearance: ☐ Remand Forthwith
⊗ Bail Amount __25,000__
☐ Remain at Liberty on Bail.        ☐ Defendant ordered discharged.
☐ Bail Exonerated        ☐ Refund cash bail.

### COURT PROBATION ORDER

☐ SUMMARY COURT PROBATION
☐ PROBATION: as granted on _____
☐ MODIFIED: Original terms in full force and effect except as amended herein this date.
☐ PROB / DIV REINSTATED: Original terms in full force except as amended herein this date.
☐ REVOKED: PROBATION / DIVERSION on: _____
☐ PROBATION / DIVERSION TERMINATED: SUCCESSFUL / UNSUCCESSFUL
☐ CRIMINAL PROCEEDINGS REINSTATED
☐ CHARGES DISMISSED and 1203.4 PC relief granted

### FURTHER ORDERS AS FOLLOWS:

☐ Standard Terms
1. Obey all laws.
2. Report immediately to Probation Department / District Attorney / Family Support Division.
3. Follow all orders of Court / Probation Officer / District Attorney / Family Support Division. and report as directed.
4. Seek and Maintain employment and notify Probation Officer / District Attorney of any change in employment status.
5. Notify Court / Probation Officer / District Attorney immediately of any change in residence address.

☐ Although not a condition of Probation, it is Judgment and Order of this Court that the defendant pay (Court appointed Atty.) (Public Defender) costs of: $ _____
payable to El Dorado County Counsel / Court within: _____ days.

TO THE SHERIFF:

### SENTENCE

☐ Not to operate a motor vehicle without a valid driver's license and automobile insurance.
☐ Not to operate a motor vehicle with any measurable amount of alcohol.
☐ Submit to a chemical test of blood, breath or urine upon request of any peace officer.
☐ Submit to alcohol and field sobriety tests.
☐ Not to frequent places where alcohol is chief product of sale.
☐ Not to consume, have in your possession or control any alcohol.
☐ Drivers license restricted/suspended/revoked for
for _____ from _____
☐ To and from work.   ☐ During course of employment.
☐ To and from alcohol treatment sessions.
☐ IID By: _____ with proof to court.
☐ Wet Reckless   Enroll by _____
☐ Trac 1-3 month  Enroll by _____  Complete by _____
☐ Trac 1-6 month  Enroll by _____  Complete by _____
☐ Trac II         Enroll by _____  Complete by _____
☐ Fine: Pay a Fine of . . . . $ _____ or appear
    Including Penalty Assessment
☐ Admin Fee: . . . . . . . . . . $ _____
☐ Booking Fee: . . . . . . . . . $ _____
☐ Restitution: Misd/Fel. . . . . $ _____
☐ Total Due: . . . . . . . . . . $ _____ or appear
☐ Fine to be paid on or before _____ or appear
☐ Payable at $ _____ per month beg. _____ or appear
☐ In lieu of Fine: Comm. Ser. / Jail
☐ Contact Community Service / Counseling by _____
☐ _____ Hrs. to be completed by _____ or appear
☐ Other: _____

Enroll/Complete By: _____

### JAIL RESTITUTION

☐ Serve _____ days/hrs. in the El Dorado County Jail.
☐ Concurrent   ☐ Consecutive   ☐ Forthwith
☐ Case No.: _____
☐ With CTS _____ days/hrs.
    Contact Jail by _____ / next business day.
☐ Stay of execution: _____ at _____ a.m./p.m.
☐ Sheriff Work Program   ☐ Straight Time Only
☐ Weekends commencing: _____
☐ Home Electronic Monitoring Program
☐ Out of County   ☐ Alternative Sentencing OK
☐ Restitution in the amount to be determined by Prob. Dept./Victim witness
☐ Payable to Prob. Dept. / Court
    $ _____ per month beg. _____ total: _____
☐ Payable directly to _____
    with proof to the court by: _____
☐ Submit to search and seizure of person, residence,

TO THE SHERIFF:   The foregoing copy of judgment in the above entitled action is your authority for the execution herein.

**I hereby acknowledge receipt of a copy of this Probation Order, and I accept probation on the terms stated herein.**

Dated: _____   Date of Birth: _____

Defendant Signature _____

Residence: _____

_____

Mailing Address (if different): _____

_____

_____

vehicle, business & property anytime, day or night with or without a search warrant.

☐ Object: _____

☐ Not annoy, harass, threaten or have any contact with

☐ Not own or have possession, custody or control of any

☐ Not maintain any checking account or have any checks or credit cards in possession or under control or custody.

☐ Destroy Weapon / Evidence

☐ Return Weapon / Evidence to: _____

☐ Register address   290 P.C.   11590 H&S   457.1(b)P.C.

☐ Defendant advised of Code requirements

☐ Other: _____

FAXED

MAY 1 6 2005

ENET   D.A.   D.A./FS   P.D.   JAIL   PROB.   CO. COUNSEL   OFFICER   ATTY.   DEF.   PROG.   CHP   POLICE   V.W.   INTER.   REPTR.

Form #MC-101 (REV. 12/02)

SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO
2850 Fairlane Court
Placerville, CA  95667


People of the State of California
VS.                                        Case No: P04CRF0087
TIMOTHY JASON WELLS

MINUTE ORDER

========================================================================
VOP-ARRAIGNMENT
Date: 04/26/05       Time:  8:30 am       Dept/Div: 7
========================================================================
Charges:  1) 261.5(C) PC-F C, 2) 261.5(C) PC-F C, 3) 261.5(C) PC-F C
4) 288A(B)(1) PC-F D, 5) 288A(B)(1) PC-F D, 6) 288A(B)(1) PC-F D
--- MORE CHARGES for this Case/defendant ---
------------------------------------------------------------------------
Honorable Judge DOUGLAS C. PHIMISTER presiding
Clerk: DAROS
Court Reporter BILLALON #10618
Bailiff ODLIN
-------------------------
Defendant failed to appear.
-------------------------
COURT ORDERS:
Probation is ordered REVOKED.
Bench warrant ordered issued. $0.00
------------- NO BAIL --------------
CC:DA PD DEF JAIL PROB DCSS ATTY INT POLICE SHERIFF CHP PROG
==================MINUTE ORDER END===========

                                        Dispo

1

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO

2

3

FILED

APR 26 2005

4

EL DORADO CO. SUPERIOR COURT
BY _____ (DEPUTY)

5

6

THE PEOPLE OF THE STATE OF CALIFORNIA,   )

7

                                  Plaintiff,   )

8

           vs.   )

9

TIMOTHY JASON WELLS   )

10

                          Defendant.   )

**NO:**   P04CRF0087

**PETITION FOR ARRAIGNMENT
IN RE:  REVOCATION
OF PROBATION**

**HEARING DATE:**   April 26, 2005
          **TIME:**   8:30 a.m.
          **DEPT:**   7

11

12

    The defendant was convicted by a plea of No Contest of a violation of Section(s) 261.5(a) of the Penal Code on March 17, 2004.  On March 17, 2004, the Court suspended imposition of sentence and placed the defendant on probation for a period of three (3) year(s) upon specific conditions.

13

14

    **IT IS HEREBY ALLEGED** that since being placed on probation the defendant violated one or more of the terms and conditions, as follows:

15

16

**VIOLATION I:**
**(Condition 13)**

On or about December 30, 2004, the defendant violated his terms and conditions of probation in that he contacted and/or attempted to contact, the victim, B. Antonelli.

17

**VIOLATION II:**
**(Condition 13)**

On or about December 31, 2004, the defendant violated his terms and conditions of probation in that he contacted and/or attempted to contact, the victim, B. Antonelli.

18

19

**VIOLATION III:**
**(Condition #13)**

On or about January 3, 2005, the defendant violated his terms and conditions of probation in that he contacted and/or attempted to contact, the victim, B. Antonelli.

20

**VIOLATION IV:**
**(Condition #13)**

On or about January 4, 2005, the defendant violated his terms and conditions of probation in that he contacted and/or attempted to contact, the victim, B. Antonelli.

21

22

**VIOLATION V:**
**(Condition #4)**

As of March 30, 2005, the defendant has failed to make regular payments toward his restitution of $1,103.15; his last payment of $100.00 was received on September 16, 2004.  The current balance is $1,003.15.

23

24

**VIOLATION VI:**
**(Condition #20)**

As of March 30, 2005, the defendant has failed to make regular payments toward his fines and fees of $455.31; his last payment of $100.00 was received on September 16, 2004.  The current balance is $455.31.

25

26

**VIOLATION VII:**
**(Condition #1)**

On or about March 23, 2005, in the County of El Dorado, the defendant violated the law in that he was in violation of County Ordinance 15.64.130.  This offense is pending in the El Dorado County Superior Court, Department 7.

27

28

3/30



1   **WHEREFORE,** your Petitioner prays that the Court

2   ☑ Issue an Order summarily revoking probation;        ☑ Arraign the defendant on the violations
    alleged herein;        ☐ Direct the issuance of a Bench Warrant for the defendant's arrest.

3

4   ☐ Bail recommended, amount: $ _____            ☐ No Bail

5   ☐ Defendant in custody at _____

6   ☑ Defendant notified by  ☑ certified letter  ☐ telephone  ☐ in person, on   March        , 2005
    at  P.O. Box 713, Garden Valley, CA  95633

7   to appear on  April 26, 2005        at   8:30 a.m.

8

9   Dated:   March 31, 2005                          JOSEPH S. WARCHOL II
                                                     CHIEF PROBATION OFFICER
10  Approved:

11  _Diana J. Lahargoue_                             _Ben Kinser_

12  Diana J. Lahargoue                   By:   Ben Kinser
    Supervising Probation Officer              Deputy Probation Officer

13

14                                  oo0oo

    **THE PEOPLE OF THE STATE OF CALIFORNIA,** )
15                                             )          NO:  P04CRF0087
                                  Plaintiff,   )
16                                             )
                      vs.                      )       **ORDER SETTING TIME**
17                                             )       **OF HEARING  AND/OR**
    TIMOTHY JASON WELLS                        )       **DIRECTING  ISSUANCE**
18                                Defendant.   )       **OF  BENCH  WARRANT**
                                               )
19
    ☑    **IT IS HEREBY ORDERED** that  ☑ probation be summarily revoked;  ☑ the defendant appear
20       for Arraignment in the above matter set for        April 26, 2005        at    8:30 a.m.
         in Department 7, at   2850 Fairlane Court, Placerville, California.
21
22  ☐    **IT IS HEREBY ORDERED** that probation be summarily revoked and the defendant appear for
         Arraignment in the above entitled matter pursuant to Penal Code Section 825.
23
    ☐    **IT IS HEREBY ORDERED** that probation be summarily revoked and a Bench Warrant be issued
24       for the defendant's arrest.

25       ☐ Bail be set, amount: $ _____          ☐ No Bail

26  Dated:   APR 2 6 2005                         _Douglas C. Phimister_
                                                  Douglas C. Phimister        Court
27

28

                                        2

# EL DORADO COUNTY PROBATION DEPARTMENT
## Violation Report and Sentencing Recommendation

**Case Name:** **TIMOTHY J. WELLS**      **Case No:** P04CRF0087

**Offense(s):** **261.5 PC**

**HEARING DATE:** 4/26/05

**TIME:** 8:30 am    **DEPT:** 7

☐ In Custody    ☒ Out of Custody

Termination Date: **3/16/07**    # of Prior Violations: **1**    Probation Officer: Ben Kinser

### TIME CREDITS:

| Facility | From | To | Days Served |
|---|---|---|---|
| EDCJ | 2/8/04 | 6/26/04 | 140 |
| EDCJ | 3/29/05 | 4/18/05 | 21 |

**TOTAL ACTUAL DAYS:** 161

### PERSONS NEEDED TO TESTIFY:

| Name - Title / Agency | Address | Tele. # |
|---|---|---|
| Ben Kinser – DPO II / EDC Probation | 471 Pierroz Rd. Placerville, CA 95667 | 530-621-5625 |
| Virginia Gruver-Johnson | 5901 Manhatten Creek Rd. Garden Vly, Ca | 530-333-2921 |

### CIRCUMSTANCES OF VIOLATION:

On 2-14-05 I was contacted by the defendant's landlord, Mrs. Gruver-Johnson who stated the defendant had become hostile and threatening towards her recently. She had discovered messages on her answering machine from the defendant's victim, which intimated he had been contacting her. She also found several calls to the victim's phone number on her phone bill that occurred while she was not at the property. On 3-23-05, I was again contacted by Mrs. Gruver-Johnson, who stated a neighbor reported to her the defendant had threatened to harm her (refer to EDSO report #0503425). The defendant may be pending charges stemming from that incident. Further, the defendant has failed to make regular payments towards his restitution, fees, and fines.

### RECOMMENDATION:

☐ Revoke and Terminate Probation    ☒ Reinstate Probation    ☐ Extend Probation; ☐ 1 Year   ☐ 2 Years
☒ County Jail / ☐ State Prison Commitment;    Commitment Length: 180 days

### ADDITIONAL COMMENTS:

Of concern in this case is the defendant's propensity and history of making severe and violent threats towards others. Although he has yet to act on them, the defendant's history of mental instability and depression (as noted by EDSO Deputies) create a higher lever of concern for the safety of the community. It is respectfully recommended that the defendant be ordered to participate in a psychological program with El Dorado County mental health.

4-1-05
Date

Ben Kinser
Deputy Probation Officer

Diana Lahargoue
Supervising Probation Officer

**FILED**

APR 0 7 2005

EL DORADO CO. SUPERIOR COURT
BY _____ (DEPUTY)

1  GARY L. LACY
   State Bar No. 108444
2  District Attorney
   El Dorado County
3  515 Main Street
   Placerville, CA 95667
4

5  Attorneys for Plaintiff

6

7              SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                IN AND FOR THE COUNTY OF EL DORADO

9  THE PEOPLE OF THE STATE OF CALIFORNIA,        DKT #: P04CRF0087

10                                               DA #: 04-02-000941

11                              Plaintiff,

12              vs.                              PETITION AND ORDER

13                                               FOR REVOCATION OF

14  TIMOTHY JASON WELLS                          PROBATION

15

16                              Defendant.        DEPARTMENT 7

17

18  I, WILLIAM HOULE, declare and say:

19       That I am employed as a Deputy District Attorney for the County of El Dorado, State of

20  California.

21       That the aforesaid Defendant was convicted on March 17, 2004, in the above-entitled Court.

22  That pursuant to this conviction, Defendant was placed on probation for a period of three years on

23  the condition that Defendant: obey all laws.

24       That the above listed conditions(s) has/have been violated in that:   On March 23, 2005,

25  defendant violated  Section 15.64.130 of the County Ordinance Code.

26       Wherefore, the People request that the Court find the Defendant has violated a term and

27  condition of probation, summarily revoke probation.

28



1    I declare under penalty of perjury that the foregoing facts are true and correct.

2  Executed this 30th day of March, 2005  at PLACERVILLE, California.

3                                            WILLIAM HOULE
4                                            Deputy District Attorney

5

6  **IT IS THE ORDER OF THIS COURT THAT:**

7  ☒  A hearing has been set before the above entitled Court on

8      ___4/14/05___ at ___8:30___ AM.

9  ☒  Probation heretofore granted in this matter is hereby revoked.

10  ___  A Bench Warrant be issued for Defendant's arrest and return to this Court for further

11  hearing.

12  ___  Bail be set in the amount of $_____.

13  ___  The Petition for Revocation is hereby dismissed.

14

15  Dated this ___7___ day of ___April___, 2005

16

17                                        Judge of Above Entitled Court
18

19

20

21

22

23

24

25

26

27

28

SUPERL   . COURT OF CALIFORNIA, COU.   . OF EL DORADO
495 Main Street
Placerville, CA  95667


People of the State of California
                    VS.
       TIMOTHY JASON WELLS                      Case No: P04CRF0087


                        MINUTE ORDER

=====================================================================
VOP-ARRAIGNMENT
Date: 02/14/05         Time:  8:30 am      Dept/Div: 1
=====================================================================
Charges:  1) 261.5(C) PC-F C, 2) 261.5(C) PC-F C, 3) 261.5(C) PC-F C
4) 288A(B)(1) PC-F D, 5) 288A(B)(1) PC-F D, 6) 288A(B)(1) PC-F D
--- MORE CHARGES for this Case/defendant ---
---------------------------------------------------------------------
Honorable JUDGE DANIEL B. PROUD presiding
CLERK: C. SANDERS
Court Reporter J. Bowker
Bailiff MAYS
-------
Deputy District Attorney P. SUTHERLAND present.
Defendant is represented by B. SUTTON - cac.
Defendant present
-------
IN RE: FELONY VIOLATION OF PROBATION
Plea agreement set forth on the record.
**Case P04CRM1192 will be dismissed upon
admission of Violation of Probation in this case.
-------
Arraignment and advisal of Constitutional rights Waived.
-------
Right to Speedy Trial waived.
Right to Continuance waived.
Right to Trial by Court waived.
Right to confront and cross-examine witnesses waived.
Right to Remain Silent waived.
-------
Defendant is advised of mandatory fines.
Defendant advised of maximum/minimum penalty.
Defendant advised that he/she may be subject to pay restitution
in addition to any restitution fine that the Court may impose.
Defendant advised that he/she may be subject to pay a fine in
addition to any restitution fine the Court may impose.
-------
Counsel stipulate that there is a factual basis for the plea and
admission.
-------
Defendant ADMITS Violation of Probation
-------
Court accepts plea/admission to probation violation.
The Court finds that there is a factual basis for the entry of
the plea and that the plea is freely and voluntarily made.
Defendant advised that he/she had the right to be sentenced not
less than six (6) hours nor more than five (5) days.
Formal arraignment for and time of sentencing waived.
No legal cause why judgment should not now be pronounced.

--------------------------------------------------------------------
Case Number : P04CRF0087        People vs. TIMOTHY WELLS
====================================================================
       -------
       For all charges:
       Including Violation of Probation
       -------
       Probation is ordered REVOKED.
       -------
       Probation is ordered Reinstated and continued.
       No additional time added to Probation.
       -------
       Probation is MODIFIED as follows: -
       14) Defendant committed to the custody of the County Sheriff for a
       --- period of 30 days.
       Credit for ANY time served.
       Contact jail by: 02/18/2005.
       OR
       Stay of execution granted until 05/06/2005 at 18:00 and
       defendant is ordered to surrender to Sheriff at that time.
       Work Program approved by Court.
       Home Electronic Monitoring approved by Court.
       Alternative Sentencing o.k.
       Commitment issued.
       -------
       Defendant advised of Appeal Rights.
       -------
       Released on Probation
       -------
       No further appearance scheduled.
       -------
       CC:DA PD DEF JAIL PROB DCSS ATTY INT POLICE SHERIFF CHP PROG
       ================= MINUTE ORDER END ===============

                                             Dispo

☒ Western Slope Dept. # _1_
☐ South Lake Tahoe Dept. # _____

**EL DORADO COUNTY SUPERIOR COURTS**
**STATE OF CALIFORNIA**

**ORDER, NOTICE, SENTENCE, COMMITMENT FORM**

Case No. _P04CRF0087_
Reporter _Bowker_
Interpreter _____

THE PEOPLE vs _Timothy Jason Wells_, Defendant
NEXT COURT APPEARANCE DATE: _____
AT _____ A.M. / P.M.   CHARGES: _1203.2 (A) PC_
_F261.5(E)   261.5 PC_
Defense Atty: _B. Sutton_   ☐ IN PRO PER

DA _P. Sutherland_
P/NP
Date _03-14-05_
I/C
Judge _Proud_
Clerk _Sandra_

**DMV SUPERCEDES ANY COURT ORDER**

### ORDER

Public Defender: APPLIED FOR / APPOINTED / DENIED
Conflict Attorney: APPOINTED: _____
Interpreter Appointed   Probation Report Ordered for: J&S / Bail Review
Other: _____

For: _Re-Install Formal Probation_

☐ Arraignment in Superior
☐ Continued arraignment
☐ Pre Prelim Conference
☐ Pretrial Conference
☐ Court Trial
☐ Not Guilty
☐ Time: Not Waived / Waived
☐ Motion:
☐ Order to Show Cause
☐ _____
☐ _____
☐ Trial Setting Conference in Dept. _____

☐ Entry of Plea
☐ Written Waivers / Ret. by: _____
☐ Preliminary Examination _____
☐ Readiness Conference
☐ Jury Trial: _____
☐ Guilty / No Contest by: Plea / Waiver / Verdict
☒ Admits VOP now: _____
☐ Diversion Hearing / Review
☐ Case Dismissed
☐ Probation / Sentencing

### CUSTODIAL STATUS

DEFENDANT BEING RELEASED ON HIS/HER OWN RECOGNIZANCE, AGREES:
(A) He / She will appear at all times and places as ordered by the Court or magistrate releasing him and as ordered by any Court in which, or any magistrate before whom, the charge is subsequently pending..
(B) If he / she fails to so appear and is apprehended outside the State of California, he / she waives extradition.
(C) Any Court or magistrate of competent jurisdiction may revoke the order of release and either return him / her to custody or require that he / she may give bail or other assurance of his / her appearance as provided in part 2, title 10, chapter 1 of the Penal Code.
☐ Order of Release on Probation
☐ Order of Release of Defendant on Own Recognizance
_____, Defendant

☐ Witnesses by: _____   Date: _____
☐ Remanded to custody of Sheriff until next appearance: ☐ Remand Forthwith
☐ Bail Amount: _____
☐ Remain at Liberty on Bail.   ☐ Defendant ordered discharged.
☐ Bail Exonerated   ☐ Refund cash bail.

### COURT PROBATION ORDER

☐ SUMMARY COURT PROBATION _____
☐ PROBATION: as granted on _____
☒ MODIFIED: Original items in full force and effect except as amended herein this date _No Additional_
☒ PROB'N/ REINSTATED: Original items in full force except as amended herein this date. _Prob time_
☒ REVOKED: PROBATION / DIVERSION on: _____
☐ PROBATION / DIVERSION TERMINATED: SUCCESSFUL / UNSUCCESSFUL   _Added_
☐ CRIMINAL PROCEEDINGS REINSTATED
☐ CHARGES DISMISSED and 1203.4 PC relief granted

### FURTHER ORDERS AS FOLLOWS:

☐ Standard Terms
1. Obey all laws.
2. Report immediately to Probation Department / District Attorney / Family Support Division.
3. Follow all orders of Court / Probation Officer / District Attorney / Family Support Division. and report as directed.
4. Seek and Maintain employment and notify Probation Officer / District Attorney of any change in employment status.
5. Notify Court / Probation Officer / District Attorney immediately of any change in residence address.

☐ Although not a condition of Probation, it is Judgment and Order of this Court that the defendant pay (Court appointed Atty.) (Public Defender) costs of: $_____
payable to El Dorado County Counsel / Court within: _____ days.

TO THE SHERIFF:   The foregoing copy of judgment in the above entitled action

### SENTENCE

☐ Not to operate a motor vehicle without a valid driver's license and automobile insurance.
☐ Not to operate a motor vehicle with any measurable amount of alcohol.
☐ Submit to a chemical test of blood, breath or urine upon request of any peace officer.
☐ Submit to alcohol and field sobriety tests.
☐ Not to frequent places where alcohol is chief product of sale.
☐ Not to consume, have in your possession or control any alcohol.
☐ Drivers license restricted/suspended/revoked for _____ from _____
☐ To and from work.   ☐ During course of employment.
☐ To and from alcohol treatment sessions.
☐ IID By: _____ with proof to court.
☐ Wet Reckless   Enroll by:_____
☐ Trac 1-3 month  Enroll by _____  Complete by _____
☐ Trac 1-6 month  Enroll by _____  Complete by _____
☐ Trac II   Enroll by _____  Complete by _____
☐ Fine:  Pay a Fine of . . . . . . . $_____ or appear
   Including Penalty Assessment
☐ Admin Fee: . . . . . . . . . . . $_____
☐ Booking Fee: . . . . . . . . . . $_____
☐ Restitution: Misd/Fel. . . . . . $_____
☐ Total Due: . . . . . . . . . . . $_____ or appear
☐ Fine to be paid on or before _____ or appear
☐ Payable at $_____ per month beg. _____ or appear
☐ In lieu of Fine: Comm. Ser. / Jail
☐ Contact Community Service / Counseling by_____
☐ _____ Hrs. to be completed by _____ or appear
☐ Other:_____

Enroll/Complete By:_____

### JAIL RESTITUTION

☒ Serve _30_ days/hrs. in the El Dorado County Jail.
☐ Concurrent   ☐ Consecutive   ☐ Forthwith
☐ Case No.:_____
☒ With CTS _any_ days/hrs.
   Contact Jail by _2-18-05_ / next business day
☒ Stay of execution: _5-6-05_ at _6:00_ a.m./p.m.
☒ Sheriff Work Program
☐ Weekends commencing:_____   ☐ Straight Time Only
☒ Home Electronic Monitoring Program
☐ Out of County   ☒ Alternative Sentencing OK
☐ Restitution in the amount to be determined by Prob. Dept./Victim witness
☐ Payable to Prob. Dept. / Court
   $_____ per month beg. _____ total: _____
☐ Payable directly to _____
   with proof to the court by:_____
☐ Submit to search and seizure of person, residence, vehicle, business & property anytime, day or night

I hereby acknowledge receipt of a copy of this Probation Order, and I accept probation on the terms stated herein.

Dated: _Feb 14-05_          Date of Birth: _12-10-59_

Defendant Signature

Residence: _____

Mailing Address (if different): _PO Box 715 Garden Valley_
_CA 95633_

☐ Object: _____

☐ Not annoy, harass, threaten or have any contact with _____

☐ Not own or have possession, custody or control of any _____

☐ Not maintain any checking account or have any checks or credit cards in possession or under control or custody.

☐ Destroy Weapon / Evidence

☐ Return Weapon / Evidence to: _____

☐ Register address   290 P.C.   11590 H&S   457.1(b)P.C.

☐ Defendant advised of Code requirements

☐ Other: _____

ENET  (D.A)  D.A./FS  P.D.  (JAIL) (PROB.)  CO. COUNSEL  OFFICER (ATTY.) (DEF.)  PROG.  CHP  POLICE  V.W.  INTER.  REPTR.

Form #MC-101 (REV 12/02)

ORDER FOR RESTITUTION

| | |
|---|---|
| **PETITIONER:**<br>El Dorado County Probation Department<br>471 Pierroz Road<br>Placerville, CA  95667 | **TELEPHONE:** (530) 621-5625<br><br>**FAX:** (530) 621-2430 |

**FOR COURT USE ONLY**

# FILED

SEP 21 2004

EL DORADO CO. SUPERIOR COURT
BY _____ (DEPUTY)

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO**

| | |
|---|---|
| Street Address: | 495 Main Street |
| Mailing Address: | 495 Main Street |
| City / Zip Code: | Placerville, CA  95667 |
| Branch Name: | Department |

| **CASE NAME:** | **TIMOTHY JASON WELLS** |
|---|---|

| **ORDER FOR RESTITUTION**<br>(Penal Code §§1202.4(f), 1214; Welfare and Institutions Code §730.6(h)&(i)) | **CASE NO:** | **P04CRF-00087** |
|---|---|---|

1. a. ☒ On (date): 3/17/04 _____ defendant (name): TIMOTHY JASON WELLS _____ was convicted
of a crime that entitles the victim to restitution.

   b. ☐ On (date): _____ child (name): _____ was ☐ adjudged a ward
of the court ☐ placed on probation  on the grounds he or she is a person described in Welfare and Institutions
Code §602, that entitles the victim to restitution.

2. Evidence was presented that the victim named below suffered losses as a result of defendant's/child's conduct.  On
8/11/04, the Defendant was informed of his or her right to a judicial determination of the amount of restitution and
   a. ☐ a hearing was conducted.
   b. ☐ stipulated to the amount of restitution to be ordered.
   c. ☐ waived a hearing.
   d. ☒ has not responded.

3. The Probation Officer has determined a current amount of restitution;  however, this amount may increase in the
future as a result of ☐ongoing medical expenses ☒psychological counseling expenses ☐Other: _____

4. The amount of restitution includes:
   a. ☒ value of property stolen or damaged
   b. ☐ medical expenses
   c. ☐ lost wages or profits
      (1) ☐ incurred by victim due to injury
      (2) ☐ of victim's parent(s) or guardian(s) (if victim is a child) incurred while caring for the injured child
      (3) ☐ incurred by victim due to time spent as a witness or in assisting police or prosecution
      (4) ☐ of victim's parent(s) or guardian(s) (if victim is a child) due to time spent as a witness or in assisting police
      or prosecution
   d. ☐ non-economic losses (felony violations of Penal Code §288 only)
   e. ☐ attorney fees and collection costs
   f. ☒ other, (Specify):  Increased security expenses

**THE COURT ORDERS**  ☒defendant  ☐child, and parents: _____
to pay restitution, joint and severally, to:
   a. ☒ the victim, (Name):  Barry & Lana Peterson, guardians of Brittany A., a minor  in the amount of: $ 1003.15 .
   b. ☐ the Victims Compensation and Govern Claims Board, in the amount of $ _____ .

**AND FURTHER,**
☒ The amount of restitution shall be subject to modification, after due notice to defendant/child (and parents) and
opportunity to be heard, for additional ☐medical expenses ☒psychological counseling expenses ☐Other (See above)
☒ The defendant/child (and parents) shall pay a 10% Administrative Fee to the Probation Department, pursuant to Penal
Code §1202.4; Welfare and Institutions Code §730.6.
☒ The defendant shall pay a $35.00 Administrative Fee on collection of restitution, pursuant to Penal Code §1205.

Date: SEP 21 2004 _____

_____
Judge of the Superior Court

PO#6 [RVSD. 4/03]

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO

FILED

JUN 15 2004

EL DORADO CO. SUPERIOR COURT
BY _____ (DEPUTY)

PEOPLE OF THE STATE OF CALIFORNIA          )
                                           )
                              Plaintiff,   )     CASE NO:     P04CRF0087
                                           )
        vs.                                )
                                           )
TIMOTHY WELLS,                             )        **ORDER**
                                           )
                              Defendant.   )
                                           )

**BY ORDER OF THE ABOVE ENTITLED COURT,** _____**TIMOTHY WELLS**_____ ,

shall report to the El Dorado County Health Department and submit to testing for H.I.V./A.I.D.S.,

pursuant to Section(s) 1202.1 and 1524.1 of the California Penal Code.

**FURTHER,** the Health Officer is directed to disclose the results of said test to the defendant

and the victim, pursuant to Section 1524.1(g) of the California Penal Code.

Dated:  6-15-04

_____
Judge of the Above Entitled Court.

1

2

3

4

**IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN AND FOR THE COUNTY OF EL DORADO** FILED

MAR 17 2004

EL DORADO CO. SUPERIOR COURT
BY_____ (DEPUTY)

5

6

7

8

9

10

PEOPLE OF THE STATE OF
CALIFORNIA
               Plaintiff

vs.

Timothy Wells
               Defendant.

     )
     )
     )
     )
     )
     )
     )
     )
     )

CASE NO.

PO4CRF0087

11

### PLEA AND WAIVER (FELONY)

12

13

14

**TO THE DEFENDANT:** Please read each statement carefully. If you agree with the statement, place your initials in the blank space to the left of each numbered statement. If an alternative is given in the statement (e.g., guilty/nolo contendere, do/do not) please strike out the choice which does not apply to you.

15

**Defendant's Initials.**

16

*TW*   1.     My true full name is  Timothy Jason Wells

17

18

*TW*   2.     I have been known by the following other names (if none, so state):
                                             None

19

*TW*   3.     I am (able)/not able to read and understand English.

20

21

*TW*   4.     The highest level of schooling I have completed is:    12th

22

23

*TW*   5.     At the time I make this declaration, I am not under the influence of alcohol, any drug, or medication that would affect my ability to understand my entry of this plea.

24

25

*TW*   6.     I would like to change my plea of not guilty to guilty/no contest.

26

*TW*   7.     I understand that the legal effect of a no contest plea to a crime punishable as a felony is the same as that of a guilty plea.

27

28

Local Form CR-017
Revised 07/28/03

                           1

_TW_  8.  I understand that I am pleading guilty/no contest to the following offenses and I understand the nature of these offenses:

PC 261.5
PC 261.5        Sex w/ minor
PC 261.5

_TW_  9.  I understand that I am admitting the following prior convictions and special punishment allegations (if none, so state): N/A

_TW_  10.  I understand that the sentence I will receive is (if no agreed sentence, so state):

210 days CJ     Alt. Service OK

_TW_  11.  I understand that the sentence range for the offense(s) to which I am pleading guilty or nolo contendere is/are:

| Count | Charge | Sentence | Enhancements |
|-------|--------|----------|--------------|
| I | 261.5 | 16, 2, 3 | |
| II | 261.5 | 16, 2, 3 | |
| III | 261.5 | 16, 2, 3 | |

12.  I understand the Court can consider the facts in count(s) ___N/A___ that will be dismissed, for purposes of determining my sentence.

_TW_  13.  I understand if the Court determines at any time before I am sentenced that the negotiated plea is not in the interests of justice, the Court can cancel my plea, re-enter my not guilty plea and set this case for trial.

_TW_  14.  I understand I may be fined in this case not less than _200_ nor more than _10,000_, plus penalties and assessments.

Local Form CR-017                                   2
Revised 07/28/03

_TW_ 15.  I understand I may be required to pay restitution in this case in an amount to be ordered by the Court.

_Tw_ 16.  I understand that in addition to restitution and a fine, the Court may impose a separate and additional restitution fine from $200.00 to $10,000.00 (PC 1202.4/1202.5). If sentenced to prison, a second fine of $200 to $10,000 will be imposed, but stayed pending successful completion of parole (PC 1202.45)

_Tw_ 17.  I understand that if the Court grants my application for probation, I could be on probation for up to 5 years with the Court also imposing certain conditions, such as, obey all laws. Should I violate any of the terms or conditions of my probation, my probation could be revoked and I could be sent to prison or incarcerated in the County Jail for up to the maximum term previously set forth.

_Tw_ 18.  I understand if I am sent to prison that upon my release I will be placed on parole for a period of up to 3 years. Should I violate any of the terms or conditions of my parole, my parole could be revoked and I may be required to serve up to an additional 1 year in prison for each revocation. Life case = lifetime parole.

_Tw_ 19.  I understand if I am not a citizen of the United States, my plea to the charges in this case may result in my deportation, exclusion from admission to the United States or denial of naturalization.

## PRELIMINARY EXAMINATION WAIVER

_ℓℓ_ 20.  Because the offense charged is a felony, I understand that I would have the right to a preliminary hearing. At the preliminary hearing, the People would have to establish by sufficient evidence that a crime was committed and that I committed the offense. My attorney could cross-examine the People's witnesses, I could present evidence, and testify at the preliminary hearing. If I waive and give up my right to the preliminary hearing, my case will proceed with entry of plea. Once preliminary examination is waived, that right is gone.

_Tw_ 21.  I understand my right to a preliminary hearing and I waive and give up this right.

Counsel joins in the waiver of preliminary examination and hearing.

_PBJ_ Defendant's Counsel          _JEA_ People's Counsel

## ADDITIONAL CONSEQUENCES OF PLEA

### INELIGIBLE FOR PROBATION

_____ 22.    I understand that by pleading guilty/no contest and admitting to _____, I will be ineligible for probation. This means that I will receive a prison term and not be placed on probation.

### DRUG CASES

_____ 23.    I understand that I am subject to a laboratory analysis fee of $50 plus penalty assessment for each separate offense.

_____ 24.    I understand that I am subject to a drug program fee of $150 plus penalty assessment for each separate offense.

_____ 25.    I understand that I will be required to register as a narcotic offender pursuant to Health and Safety Code § 11590.

### SEX CASE

N/A 26.    I understand that I will be required to register as a sex offender pursuant to Penal Code § 290.

27.    I understand that I will be required to submit to testing for AIDS pursuant to Penal Code § 1202.1.

N/A 28.    I understand that will be required to submit to DNA testing pursuant to Penal Code § 296 et seq.

### ARSON CASE

_____ 29.    I understand that I will be required to register as an arson offender pursuant to Penal Code § 457.1.

### FELONY DRIVING UNDER THE INFLUENCE OR AT A .08% OR HIGHER BLOOD ALCOHOL LEVEL

_____ 30.    I understand my driving privilege will be revoked for 4 years. This privilege will not be reinstated until I complete a program of 18 or 30 months as determined by the Department of Motor Vehicles and file proof of my ability to respond to damages.

_____ 31.   I understand that I will be designated as a habitual traffic offender for a period of 3 years pursuant to Vehicle Code § 23175(b).

## FELONY DRIVING UNDER THE INFLUENCE OR AT .08% OR HIGHER BLOOD ALCOHOL WITH BODILY INJURY

_____ 32.   I understand that my driving privilege will be revoked for 1 year and will not be reinstated until I file proof of my ability to respond to damages.

## CURRENT CRIME IS A "STRIKE"

_____ 33.   I understand that the crime I am pleading guilty to is a "serious" or "violent" felony, and as such is a "strike" under the Three Strikes Law.

_____ 34.   I understand that if I later commit any felony, I will be subject at that time, depending on the number of strikes I have, to a mandatory state prison sentence of twice the term otherwise provided or a term of at least 25 years to life.

_____ 35.   I understand that because I am pleading guilty/no contest to a crime and have suffered a prior strike, I am subject to a mandatory state prison sentence of twice the term otherwise provided (state possible terms, including enhancements).

_____ 36.   I understand that when I am in state prison as a result of this conviction, I will receive only a maximum of 15% or 20% in conduct credits, depending on the nature of the offense.

## ADVISEMENT OF TRIAL RIGHTS

_____ 37.   I understand I have a right to a speedy and public jury trial. At that trial, I will be presumed innocent, and I could not be convicted unless 12 impartial jurors were unanimously convinced of my guilt beyond a reasonable doubt.

_____ 38.   I understand I have a right to a speedy and public court trial by a judge sitting without a jury. At that trial, I would be presumed innocent and could not be convicted unless the Judge was convinced of my guilt beyond a reasonable doubt.

39. I understand I have a right to see, hear, confront, and cross-examine through my attorney all witnesses testifying against me.

40. I understand I have the right to remain silent and not incriminate myself and I cannot be forced to testify at my trial. I realize that by pleading guilty/no contest and admitting any prior convictions or special allegations, I am incriminating myself.

41. I understand I have the right to present evidence on my own behalf in my defense of the charges against me.

42. I understand I have the right to use the subpoena powers of the Court to compel the appearance and attendance of witnesses on my behalf, and to compel those witnessess to bring with them to court evidence or documents favorable to me.

## ACKNOWLEDGMENT OF RIGHTS, WAIVER, AND PLEA

43. I have discussed the charge(s), the facts of the case, the possible defenses, and the consequences of my plea with my lawyer. I further have discussed with my lawyer my constitutional rights as set forth in numbers 35-41 above and understand these rights. I have had enough time to discuss my case with my lawyer and have been truthful and stated all facts that are known to me about my case and I am satisfied with the services and advice of my attorney.

44. Understanding all of this, for all of the charges, prior convictions and special allegations:

      a. I give up my right to a jury trial;

      b. I give up my right to a court trial;

      c. I give up my right to confront and cross-examine witnesses;

      d. I give up my right to remain silent and not incriminate myself;

      e. I give up my right to present a defense; and

      f. I give up my right to subpoena witnesses on my behalf.

45. I freely and voluntarily plead guilty/no contest to the charge(s) of:

261.5    3 conts

____ 46.  I freely and voluntarily admit the prior conviction(s) of:


____ 47.  I freely and voluntarily admit the special allegations of:


____ 48.  No one has threatened me or anyone near or dear to me to get me to change my plea.

____ 49.  No one has made any promises or representations to me of a lesser sentence, probation, reward, immunity, or any other advantage of any kind, for myself or anyone else, other than what's stated in this declaration, in order to get me to plead guilty or no contest.

**DEFENDANT:**    I have personally placed my initials in the blanks to the left of each of the above statements. I declare under penalty of perjury that the foregoing is true and correct.

3-17-04
Date

_____
Defendant's Signature

**DEFENSE COUNSEL:** I, _Peter M. Tiemann_, state I am the attorney for the defendant in the above-entitled case. I have personally observed the defendant initial, date, and sign the declaration. I have investigated the case and the possible defenses thereto, and I have discussed the charge(s), nature of the charge(s), facts, defenses, and possible consequences with the defendant. I concur in the defendant's plea of guilty or nolo contendere to the charge(s), as set forth by the defendant in the above declaration, and I stipulate that there is a factual basis for the plea, and I join the waiver of the defendant's constitutional rights.

3/17/04
Date

_____
Attorney for the Defendant

Local Form CR-017
Revised 07/28/03

7

**FOR THE PEOPLE:** The People of the State of California, by and through its attorney, concur in the entry of plea as stated in this document, and stipulate that there is a factual basis for the plea.

3-17-2004
_____    Approved By _____ J⊠A
Date                                    Deputy-Assistant District Attorney

**INTERPRETER'S STATEMENT** (If Applicable)

I, _____, having been duly sworn, truly translated this document to the defendant in the _____ language. The defendant indicated that (s)he understood the contents of the document, and (s)he then initialed the document.

_____                          _____
Date                                              Court Interpreter

**COURT'S FINDING AND ORDER**

The Court, having reviewed this document, and having questioned the defendant concerning his or her constitutional rights and understanding of this document, finds that the defendant has expressly, explicitly, knowingly, understandingly, and intelligently waived his or her constitutional rights. The Court finds that the defendant's plea and admission(s) are freely and voluntarily made with an understanding of the nature and consequences thereof, and that there is a factual basis for the plea and admission(s). The Court accepts the defendant's plea, and admission of other conviction(s) and special punishment allegation(s), if any, and finds the defendant is convicted on his or her plea.

The Court orders this document filed and incorporated in the docket, by reference, as though fully set forth therein.

_____                          _____
Date                                              Judge of the Above-Entitled Court

Local Form CR-017                                    8
Revised 07/28/03

SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO
2850 Fairlane Court
Placerville, CA  95667


People of the State of California
                    VS.                              Case No: P04CRF0087
        TIMOTHY JASON WELLS

MINUTE ORDER

===================================================================
PRELIMINARY HEARING
Date: 03/17/04      Time:  8:00 am      Dept/Div: 7
===================================================================
Charges:  1) 261.5(C) PC-F C, 2) 261.5(C) PC-F C, 3) 261.5(C) PC-F C
4) 288A(B)(1) PC-F D, 5) 288A(B)(1) PC-F D, 6) 288A(B)(1) PC-F D
--- MORE CHARGES for this Case/defendant ---
-------------------------------------------------------------------
Honorable Judge DOUGLAS C. PHIMISTER presiding
Clerk: D. Stump
Court Reporter C Ellering
Bailiff Odlin
-------------------------
Deputy District Attorney J Alexander present.
Defendant is represented by Peter Tiemann- Retained.
Defendant is present IN CUSTODY.
-------------------------
Deft advised of his/her right to a jury or court trial, right to
have his/her attorney cross-examine any witnesses that may be
called to testify
against him/her, the right of the court to compel witnesses to
testify on their behalf, and the right to remain silent.
Defendant understands these rights and waives same
Defendant understands these rights and waives same
Defendant waives rights to Preliminary Hearing. DA and Court
consent to waiver.
Defendant waives constitutional rights.
Defendant requests, and is granted permission to withdraw
previously entered NOT GUILTY plea and pleads guilty.
-------------------------
Defendant advised of maximum/minimum penalty.
Defendant advised that he/she would be subject to a Restitution
Fine pursuant to 1202.4 PC in an amount between $200.00 to
$10,000.
Defendant further advised of restitution fine pursursuant to
Section 1202.45 PC.
Defendant is advised of mandatory fines.
Defendant advised that he/she may be subject to pay restitution
in addition to any restitution fine that the Court may impose.
Advised of Parole Rights.
Defendant advised that he/she may be subject to pay a fine in
addition to any restitution fine the Court may impose.
Defendant advised that if he/she pleads guilty or is found
guilty, he/she could be deported if alien
Defendant advised that if he/she pleads guilty or is found
guilty, his/her probation or parole could be revoked.
-------------------------
Counsel stipulate that there is a factual basis for the plea and
admission.

3/17/04                                                              Page:     2
--------------------------------------------------------------------------------
Case Number : P04CRF0087      People vs. TIMOTHY WELLS
================================================================================
                 -------------------------
     SEE WRITTEN WAIVERS INCORPORATED HEREIN BY REFERENCE.
                 -------------------------
     PLEA
     Defendant pleads Nolo Contendre to Count(s) 1 2 3.
     COUNT 1: F261.5(C) PC FELONY
     COUNT 2: F261.5(C) PC FELONY
     COUNT 3: F261.5(C) PC FELONY
                 -------------------------
     The Court finds that there is a factual basis for the entry of
     the plea and that the plea is freely and voluntarily made.
     Court finds plea/admission is free & voluntary; deft knows &
     understands constitutional rights, nature of charges and
     consequences of his/her plea.
     Defendant advised that he/she had the right to be sentenced not
     less than six (6) hours nor more than five (5) days.
     Formal arraignment for and time of sentencing waived.
                 -------------------------
     Defendant requests immediate sentence.
     No legal cause why judgment should not now be pronounced.
     Defendant waives probation referral.
                 -------------------------
     IT IS HEREBY ORDERED the imposition of sentence is suspended.
                 -------------------------
     For the Count(s): 1 2 3
                 -------------------------
     Formal probation granted for a period of 36 months under the
     following terms and conditions:
     01) Obey all Laws.
     02) Report to the El Dorado County Probation Department as directed.
     03) Obey all orders, regulations and directions of the Court,
     --- Probation Officer, Law Enforcement, and Jail.
     04) Do not leave State without written consent of Probation Officer.
     05) Seek and Maintain employment and notify Probation Officer of any
     --- change in employment status.
     06) Notify Probation Officer immediately of any change in residence
     --- address.
     07) Allow Probation Officer to visit your home and place of
     --- employment at reasonable times; all gates shall remain unlocked,
     --- all animals to be contained.
     08) Not own or have possession custody or control of any firearm,
     --- dangerous or deadly weapon, or ammunition.
                 -------------------------
     09) Serve 210 in EDC Jail, less 39 actual days srvd, plus 18 days
     --- conduct credits, for a total of 57 served pending these
     --- proceedings.
     Home Electronic Monitoring approved by Court.
     Alternative Sentencing o.k.
     Work Program approved by Court.
                 -------------------------
     10) Pay restitution in an amount/manner to be determined/recommended
     --- by PO and ordered by Court after due notice and opportunity to
     --- be heard.
                 -------------------------

3/17/04                                                                    Page:    3
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case Number : P04CRF0087      People vs. TIMOTHY WELLS
=========================================================================
11) Not to annoy, harass, threaten or have any contact with LANA
--- PETERSON (ANTONELLI).
11) Not to annoy, harass, threaten or have any contact with BARRY
--- PETERSON.
11) Not to annoy, harass, threaten or have any contact with BRITTANY
--- ANTONELLI.
-------------------------
COURT ORDERS:
WITH SUCCESSFUL COMPLETION OF PROBATION
COURT WOULD CONSIDER 17(B) PC MOTION
-------------------------
WITH THE FOLLOWING SPECIAL CONDITIONS, DEFENDANT SHALL:
NOT TO BE ALONE WITH ANY PERSON UNDER
AGE OF 18 WITHOUT A RESPONSIBLE ADULT
PRESENT (EXCLUDING FAMILY MEMBERS)
-------------------------
Deft is ordered to submit to mandatory testing for AIDS pursuant
to PC 1202.1
-------------------------
On motion of the District Attorney, Count(s) 4 5 6 7 8 is/are
dismissed.
-------------------------
THE COURT FURTHER ORDERS, DEFENDANT SHALL:
Pay the $35.00 installment fee for collection of fines/fees as
directed by the Probation Officer (1205 PC)
Pay a 10% administrative collection fee for restitution
(1203.1(1) PC).
Defendant is ordered to pay a restitution fee in the amount of
$200.00 pursuant to 1202.4 PC.
Pay the cost of probation supervision in an amount and manner to
be determined by the Probation Officer, not to exceed $20.00 per
month. (1203.1b PC)
Pay a fee for processing any transfer request under 1203.9 PC or
11175 through 11179 PC.
PAY COURT SECURITY ASSESSMT $20
-------------------------
Defendant advised of Appeal Rights.
Defendant Waives Appeal Rights.
-------------------------
Defendant thumbprinted pursuant to 992 PC.
-------------------------
Prohibited Persons Notice Form and Power of Attorney for
Firearms and Disposal provided to Defendant
-------------------------
Released on Probation
-------------------------
CC:DA PD DEF JAIL PROB DCSS ATTY INT POLICE SHERIFF CHP PROG
=============== MINUTE ORDER END =================

                                            Dispo

SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO

THE PEOPLE OF THE STATE OF CALIFORNIA,

CASE NO: P04CRF0087
DATE: 3-17-04
DEPT:
JUDGE: Phimister
JA: SBB
REPORTER: Ellenio
DDA: Alexander
ATTY: Tizmann

vs.

Timothy Wells _____ Defendant _____ //

## MINUTE ORDER AND ORDER OF PROBATION [X] FORMAL  [ ] SUMMARY

[X] Defendant present  [X] in custody  [ ] Defendant not present  [ ] 977 PC waiver on file/by counsel
**THE ABOVE-NAMED DEFENDANT** was convicted by his/her plea of [ ] **Guilty** [X] **Nolo Contendere**; by the [X] **Court**  by [ ] **Jury Verdict**
of the crime(s) of violation of Section(s) 261.5(d) PC 18 USC _____ and this time was fixed for hearing the application for
probation.  [ ] The Court has read and considered the report of the Probation Officer.  [X] The Defendant has waived the Probation Officer's Report.
[X] The Defendant waives formal arraignment and through counsel states there is no legal cause why judgement should not be pronounced.
[X] Imposition of sentence is ordered suspended.

**IT IS HEREBY ORDERED** the imposition of sentence is suspended and said Defendant is granted probation for a term of _three_ [3]
years under  the following **GENERAL TERMS AND CONDITIONS:**

1.   Violate no laws.
2.   Report to the El Dorado County Probation Department no later than the Monday following [ ] this hearing. [X] your release from custody, and report thereafter
     as directed by the Probation Officer.
3.   Obey all orders, regulations and directions of the Court, Probation Officer, Law Enforcement, and Jail.
4.   Do not leave the State without the written consent of the Probation Officer.
5.   Seek and maintain regular employment or be enrolled in an educational or vocational program
6.   Maintain a residence as approved by the Probation Officer; report any change prior to moving.
7.   Allow Probation Officers to visit your home and place of employment at reasonable times; all gates shall remain unlocked at these times; all animals shall be
     restrained or contained.
8.   Do not possess or control any firearm, dangerous or deadly weapon, or ammunition.

**WITH THE FOLLOWING SPECIAL CONDITIONS, DEFENDANT SHALL:**

**Court Ordered**

[X] 1. Serve _210_ days in the El Dorado County Jail, less _39_ actual days served, plus _18_ days conduct credit,
        for a total of _57_ days served pending these proceedings, and when released: [ ] Sentence is ordered stayed until_____
        [ ] Straight Time Only [X] HEMP [X] Alternative Sentencing authorized by Court, if approved by jail [X] Work program/project
        [ ] Weekends commencing: _____

[ ] 2. Pay a $ _____ fine [ ] plus $ _____ penalty assessment [ ] penalty assessment included, as directed by the Probation Officer.
[ ] 3. Pay restitution in the amount of $ _____ [ ] as directed by the Probation Officer [ ] to the Department of Social Services.
[X] 4. Pay restitution in an amount and manner to be determined and recommended by the Probation Officer and ordered by the Court after due
        notice and opportunity to be heard.
[ ] 5. Totally abstain from the possession, use or involvement with alcoholic beverages and shall not frequent places where alcohol is the chief item
        of sale.
[ ] 6. Totally abstain from the possession, use or involvement with restricted dangerous drugs or narcotics of any kind, including marijuana.
[ ] 7. Submit to chemical test of his/her blood, breath or urine as directed by the Probation Officer or any law enforcement officer.
[ ] 8. Submit his/her person, residence, vehicle, business and other property under probationer's control to search and seizure, at any time of the day
        or night, with or without cause, notice, consent or a search warrant, by any Probation Officer or any law enforcement officer.
[ ] 9. Participate in [ ] psychological program [ ] substance abuse counseling [ ] batterer's treatment program  (1203.097 PC)
        [ ] TRAC I   [ ] TRAC II   [ ] _____ as directed by the Probation Officer.
[ ] 10. Register pursuant to: [ ] 11590 H&S  [ ] 290 PC  [ ] 457.1(b) PC.
[ ] 11. Defendant's license is ordered _____ for a period of _____ year(s);  and Defendant shall not operate a motor
         vehicle until his/her driving license has been reinstated and Defendant is properly insured. Brittany Antonelli
[ ] 12. Defendant shall install and maintain an ignition interlock device (23235 VC).
[X] 13. Do not annoy, harass, threaten, or have any contact with Lana Peterson  Barry Peterson
[X] 14. Counts/Allegations/Enhancements _4 5 6 7_ are ordered dismissed.
[ ] 15. Bail is ordered exonerated  * "With Successful Probation
                                          court would consider 17(b) PC
HIV Testing ordered        court   motion
**THE COURT FURTHER ORDERS, DEFENDANT SHALL:**

[X] 16. Pay the $35.00 installment fee for collection of fines and fees as directed by the Probation Officer (1205 PC).
[X] 17. Pay a 10% administrative collection fee for restitution (1203.1(l) PC).
[X] 18. Pay $ 200.00 restitution fine as directed by the Probation Officer (1202.4 PC).
[X] 19. Pay $ _____ criminal laboratory analysis fee (11372.5 H&S); pay $ _____ drug education program fee (11372.7 H&S), including
         penalty assessments per 1404 PC and 76000 GC.                                              "appeal waived"
[X] 20. Pay the cost of the probation report in the amount of $460.00 and the cost of probation supervision in an amount and manner to be determined

by the Probation Officer upon the request of the probation officer (1203.1aa PC).

[X]21. Pay a fee for processing any transfer request under 1203.9 PC or 11175 through 11179 PC.

[ ]22. Pay a $_____ booking fee to _____ Department.

[ ]23. Pay the costs of chemical urinalysis testing as directed by the Probation Officer (1203.1ab PC). *Not not to be a/co with any person under

[X]24. $20 Court Security Fee

age of 180 unless responsible adult(s) excluding family member

DONE IN OPEN COURT THIS ____ DAY OF March , 2004

_____
Judge of the Superior Court

I hereby acknowledge receipt of a copy of the Court's Order and I agree to comply with the terms and conditions set forth herein. I understand any violation of this Order of Probation may cause the Court to revoke and terminate my probation and impose an appropriate sentence. I agree to waive extradition for any probation revocation proceedings which occur in reference to probation herein granted.

Dated 3/17/04        Timothy J. Hill        DOB: 12/10/69
                     (DEFENDANT)

4707 Marshall Grade RD.  (Garden) Valley Co 95633
(P.O. Box / Street)        (City)        (State)  (Zip)        (Telephone)

[Rev. 2/00]  Routing:Original–Court    Defendant    (Probation)    (D.A.)    Public Defender    (Jail)    Atty) TIEMANN

SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO
2850 Fairlane Court
Placerville, CA  95667


People of the State of California
VS.
TIMOTHY JASON WELLS

Case No: P04CRF0087


MINUTE ORDER

```
=====================================================================
```
PRE-PRELIMINARY HEARING
Date: 03/15/04        Time:  8:00 am        Dept/Div: 7
```
=====================================================================
```
Charges:  1) 261.5(C) PC-F A, 2) 261.5(C) PC-F A, 3) 261.5(C) PC-F A
4) 288A(B)(1) PC-F A, 5) 288A(B)(1) PC-F A, 6) 288A(B)(1) PC-F A
--- MORE CHARGES for this Case/defendant ---
```
---------------------------------------------------------------------
```
Honorable Judge DOUGLAS C. PHIMISTER presiding
Clerk: D. Stump
Court Reporter B Soroka
Bailiff Odlin
```
------------------------
```
Deputy District Attorney S Obrien present.
Defendant is represented by Peter Tiemann- Retained.
Defendant is present IN CUSTODY.
```
------------------------
```
Previously set Preliminary Hearing is confirmed.
```
------------------------
```
CUSTODY STATUS
Remains remanded to the custody of the Sheriff.
Bail to remain as previously set.
```
------------------------
```
CC:DA PD DEF JAIL PROB DCSS ATTY INT POLICE SHERIFF CHP PROG
```
=============== MINUTE ORDER END =================
```

Dispo

SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO
2850 Fairlane Court
Placerville, CA  95667


People of the State of California
                    VS.                                Case No: P04CRF0087
        TIMOTHY JASON WELLS


                          MINUTE ORDER

========================================================================
PRE-PRELIMINARY HEARING
Date: 02/23/04        Time:  8:00 am       Dept/Div: 7
========================================================================
Charges:  1) 261.5(C) PC-F A, 2) 261.5(C) PC-F A, 3) 261.5(C) PC-F A
4) 288A(B)(1) PC-F A, 5) 288A(B)(1) PC-F A, 6) 288A(B)(1) PC-F A
--- MORE CHARGES for this Case/defendant ---
------------------------------------------------------------------------
Honorable Judge DOUGLAS C. PHIMISTER presiding
Clerk: D. Stump
Court Reporter S Stromberg
Bailiff Odlin
-------------------------
Deputy District Attorney C Newton present.
Defendant is represented by Peter Tiemann- Retained.
Defendant is present IN CUSTODY.
-------------------------
Oral motion on behalf of Defense RE: request to reduce Bail.
-------------------------
Motion is DENIED.
-------------------------
HEARINGS
Pre-Preliminary Hearing set for 03/15/2004 at  8:00 in
Department 7.
-------------------------
Preliminary Hearing set for 03/17/2004 at  8:00 in Department 7.
-------------------------
Time is Waived.
-------------------------
CUSTODY STATUS
Remains remanded to the custody of the Sheriff.
Bail to remain as previously set.
-------------------------
CC:DA PD DEF JAIL PROB DCSS ATTY INT POLICE SHERIFF CHP PROG
=============== MINUTE ORDER END ==================

                                              Dispo

SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO
2850 Fairlane Court
Placerville, CA  95667


People of the State of California
                    VS.                              Case No: P04CRF0087
        TIMOTHY JASON WELLS


                          MINUTE ORDER

=======================================================================
PRE-PRELIMINARY HEARING
Date: 02/18/04       Time:  1:00 pm       Dept/Div: 7
=======================================================================
Charges:  1) 261.5(C) PC-F A, 2) 261.5(C) PC-F A, 3) 261.5(C) PC-F A
4) 288A(B)(1) PC-F A, 5) 288A(B)(1) PC-F A, 6) 288A(B)(1) PC-F A
--- MORE CHARGES for this Case/defendant ---
-----------------------------------------------------------------------
Honorable Judge DOUGLAS C. PHIMISTER presiding
Clerk: D. Stump
Court Reporter C Ellering
Bailiff Odlin
------------------------
Deputy District Attorney C Newton present.
Special Appearance made by Don Heape.
Defendant is present IN CUSTODY.
------------------------
Oral motion on behalf of Defense RE: request to reduce Bail.
------------------------
Motion is DENIED.
------------------------
HEARINGS
Pre-Preliminary Hearing set for 02/23/2004 at  8:00 in
Department 7.
------------------------
Time is Waived.
------------------------
CUSTODY STATUS
Remains remanded to the custody of the Sheriff.
Bail to remain as previously set.
------------------------
CC:DA PD DEF JAIL PROB DCSS ATTY INT POLICE SHERIFF CHP PROG
=============== MINUTE ORDER END =================

                                              Dispo

SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO
2850 Fairlane Court
Placerville, CA  95667

People of the State of California
VS.
TIMOTHY JASON WELLS

Case No: P04CRF0087

MINUTE ORDER

============================================================
EX-PARTE HEARING RE: Amended Minute Order
Date: 02/10/04        Time:  2:00 pm      Dept/Div: 7
============================================================
Charges:  1) 261.5(C) PC-F A, 2) 261.5(C) PC-F A, 3) 261.5(C) PC-F A
4) 288A(B)(1) PC-F A, 5) 288A(B)(1) PC-F A, 6) 288A(B)(1) PC-F A
--- MORE CHARGES for this Case/defendant ---
------------------------------------------------------------------
Honorable Judge DOUGLAS C. PHIMISTER presiding
Clerk: DAROS
-------------------------
COURT ORDERS:
Through the jails clerical error - bail was set at
$15000 instead of the true bail of $250000
Court finds bail should be $250000
Motion is GRANTED.
-------------------------
All conditions of 02/10/04 Minute Order remain
EXCEPT
Remanded to the custody of the Sheriff until next appearance.
BAIL SET AT $250000 BASED ON PRIOR SETTING
-------------------------
CC:DA PD DEF JAIL PROB DCSS ATTY INT POLICE SHERIFF CHP PROG
=============== MINUTE ORDER END =================

                                        Dispo

SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO
2850 Fairlane Court
Placerville, CA  95667


People of the State of California
                    VS.                          Case No: P04CRF0087
        TIMOTHY JASON WELLS


MINUTE ORDER

=====================================================================
FELONY IN-CUSTODY ARRAIGNMENT
Date: 02/10/04        Time:  1:00 pm       Dept/Div: 7
=====================================================================
Charges:  1) 261.5(C) PC-F A, 2) 261.5(C) PC-F A, 3) 261.5(C) PC-F A
4) 288A(B)(1) PC-F A, 5) 288A(B)(1) PC-F A, 6) 288A(B)(1) PC-F A
--- MORE CHARGES for this Case/defendant ---
---------------------------------------------------------------------
Honorable Judge DOUGLAS C. PHIMISTER presiding
Clerk: DAROS
Court Reporter ELLERING #9190
Bailiff Odlin
------------------------
Defendant is present IN CUSTODY.
Special Appearance made by Dain Weiner for Peter Tiemann.
------------------------
Arraignment and advisal of Constitutional rights Waived.
Formal Reading of the Complaint Waived
------------------------
PLEA
Defendant pleads NOT GUILTY to all counts.
------------------------
HEARINGS
Pre-Preliminary Hearing set for 02/18/2004 at 13:00 in
Department 7.
Defendant waives time to the next hearing date.
------------------------
CUSTODY STATUS
Remanded to the custody of the Sheriff until next appearance.
Bail to remain as previously set.
------------------------
CC:DA PD DEF JAIL PROB DCSS ATTY INT POLICE SHERIFF CHP PROG
=============== MINUTE ORDER END ==================

                                        Dispo

☑ Western Slope Dept. # __7__
☐ South Lake Tahoe Dept. # _____

**EL DORADO COUNTY SUPERIOR COURT**
**STATE OF CALIFORNIA**

Case No.: _P04 CRF 0087_
Reporter _none_
Interpreter _____

## ORDER, NOTICE, SENTENCE, COMMITMENT FORM

THE PEOPLE vs _TIMOTHY JASON WELLS_, Defendant
NEXT COURT APPEARANCE DATE: _2/18/04, D7_ ☐NP
AT _1:00_ A.M. (P.M.) CHARGES: _F 261.5(c) PC, F 261.5(c) PC_ I/C
_F 261.5(c) PC, F 288a(b)(1) PC, F 288a(b)(6) PC, F 288a(b)(6) PC,_
Defense Atty: _____ ☐ IN PRO PER    _F 261.5(c) PC, F 288a(b)(4) PC_

DA _____
Date _2/10/04_
Judge _PHIMISTER_
Clerk _DARG_

**DMV SUPERCEDES ANY COURT ORDER**

### ORDER

Public Defender: APPLIED FOR / APPOINTED / DENIED
Conflict Attorney: APPOINTED: _____
Interpreter Appointed    Probation Report Ordered for: J&S / Bail Review
Other: _____

_Amended minute order
after court_

For:
☐ Arraignment in Superior        ☐ Entry of Plea
☐ Continued arraignment          ☐ Written Waivers / Ret. by:
☑ Pre Prelim Conference          ☐ Preliminary Examination
☐ Pretrial Conference            ☐ Readiness Conference
☐ Court Trial                    ☐ Jury Trial:
☑ Not Guilty                     ☐ Guilty / No Contest by: Plea / Waiver / Verdict
☑ Time: Not Waived / Waived  to next hrg   ☐ Admits VOP / DIV:
☐ Motion:                        ☐ Diversion Hearing / Review
☐ Order to Show Cause            ☐ Case Dismissed
☐                                ☐ Probation / Sentencing
☐ Trial Setting Conference in Dept. _____

### CUSTODIAL STATUS

DEFENDANT BEING RELEASED ON HIS/HER OWN RECOGNIZANCE, AGREES:
(A) He / She will appear at all times and places as ordered by the Court or magistrate releasing him and as ordered by any Court in which, or any magistrate before whom, the charge is subsequently pending.
(B) If he / she fails to so appear and is apprehended outside the State of California, he / she waives extradition.
(C) Any Court or magistrate of competent jurisdiction may revoke the order of release and either return him / her to custody or require that he / she may give bail or other assurance of his / her appearance as provided in part 2, title 10, chapter 1 of the Penal Code.
☐ Order of Release on Probation
☐ Order of Release of Defendant on Own Recognizance
_____, Defendant
☐ Witnesses by: _____ Date: _____
☑ Remanded to custody of Sheriff until next appearance: ☐ Remand Forthwith
☑ Bail Amount: _$250,000 based on prior setting_
☐ Remain at Liberty on Bail.        ☐ Defendant ordered discharged.
☐ Bail Exonerated                   ☐ Refund cash bail.

### COURT PROBATION ORDER

☐ SUMMARY COURT PROBATION _____
☐ PROBATION: as granted on _____
☐ MODIFIED: Original items in full force and effect except as amended herein this date.
☐ PROB / DIV REINSTATED: Original terms in full force except as amended herein this date.
☐ REVOKED: PROBATION / DIVERSION on: _____
☐ PROBATION / DIVERSION TERMINATED: SUCCESSFUL / UNSUCCESSFUL
☐ CRIMINAL PROCEEDINGS REINSTATED
☐ CHARGES DISMISSED and 1203.4 PC relief granted

### FURTHER ORDERS AS FOLLOWS:

☐ Standard Terms
 1. Obey all laws.
 2. Report immediately to Probation Department / District Attorney / Family Support Division.
 3. Follow all orders of Court / Probation Officer / District Attorney / Family Support Division. and report as directed.
 4. Seek and Maintain employment and notify Probation Officer / District Attorney of any change in employment status.
 5. Notify Court / Probation Officer / District Attorney immediately of any change in residence address.

☐ Although not a condition of Probation, it is Judgment and Order of this Court that the defendant pay (Court appointed Atty.) (Public Defender) costs of: $ _____ payable to El Dorado County Counsel / Court within: _____ days.

TO THE SHERIFF:    The foregoing copy of judgment in the above entitled action is your authority for the execution herein.

### SENTENCE

☐ Not to operate a motor vehicle without a valid driver's license and automobile insurance.
☐ Not to operate a motor vehicle with any measurable amount of alcohol.
☐ Submit to a chemical test of blood, breath or urine upon request of any peace officer.
☐ Submit to alcohol and field sobriety tests.
☐ Not to frequent places where alcohol is chief product of sale.
☐ Not to consume, have in your possession or control any alcohol.
☐ Drivers license restricted/suspended/revoked for _____ for _____
☐ To and from work.    ☐ During course of employment.
☐ To and from alcohol treatment sessions.
☐ IID By: _____ with proof to court.
☐ Wet Reckless    Enroll by _____
☐ Trac 1-3 month  Enroll by _____ Complete by _____
☐ Trac 1-6 month  Enroll by _____ Complete by _____
☐ Trac II         Enroll by _____ Complete by _____
☐ Fine: Pay a Fine of . . . . . . . $ _____ or appear
   Including Penalty Assessment
☐ Admin Fee: . . . . . . . . . . . $ _____
☐ Booking Fee: . . . . . . . . . . $ _____
☐ Restitution: Misd/Fel . . . . . . $ _____
☐ Total Due: . . . . . . . . . . . $ _____ or appear
☐ Fine to be paid on or before _____ or appear
☐ Payable at $ _____ per month beg. _____ or appear
☐ In lieu of Fine: Comm. Ser. / Jail
☐ Contact Community Service / Counseling by _____
☐ _____ Hrs. to be completed by _____ or appear
☐ Other: _____

Enroll/Complete By: _____

### JAIL RESTITUTION

☐ Serve _____ days/hrs. in the El Dorado County Jail.
☐ Concurrent    ☐ Consecutive    ☐ Forthwith
☐ Case No.: _____
☐ With CTS _____ days/hrs.
   Contact Jail by _____ / next business day.
☐ Stay of execution: _____ at _____ a.m./p.m.
☐ Sheriff Work Program    ☐ Straight Time Only
☐ Weekends commencing: _____
☐ Home Electronic Monitoring Program
☐ Out of County    ☐ Alternative Sentencing OK
☐ Restitution in the amount to be determined by Prob. Dept./Victim witness
☐ Payable to Prob. Dept. / Court
   $ _____ per month beg. _____ total: _____
☐ Payable directly to _____
   with proof to the court by: _____
☐ Submit to search and seizure of person, residence, vehicle, business & property anytime, day or night with / without a search warrant.
☐ Object: _____

I hereby acknowledge receipt of a copy of this Probation Order
and I accept probation on the terms stated herein.

☐ No contact with _____ / associate, or have contact with

Dated: _____     Date of Birth: _____

☐ Not own or have possession, custody or control of any

☐ Not maintain any checking account or have any checks or
credit cards in possession or under control or custody.

Defendant Signature _____

☐ Destroy Weapon / Evidence

☐ Return Weapon / Evidence to: _____

Residence: _____

☐ Register address   290 P.C.   11590 H&S   457.1(b)P.C.

☐ Defendant advised of Code requirements

Mailing Address (if different): _____

☐ Other: _____

_____

_____

_____

_____

T   D.A.   D.A./FS   (P.D.   JAIL)   PROB.   CO. COUNSEL   OFFICER   ATTY.   DEF.   PROG.   CHP   POLICE   V.W.   INTER.   REPTR.

MC-101 (REV 12/02)

☑ Western Slope Dept. # __7__

☐ South Lake Tahoe Dept. # _____

**EL DORADO COUNTY SUPERIOR COURT**
**STATE OF CALIFORNIA**

**ORDER, NOTICE, SENTENCE, COMMITMENT FORM**

Case No. _P04CRE0087_
Reporter _E/lking_
Interpreter _____

THE PEOPLE vs __TIMOTHY JASON WELLS__, Defendant

DA _____
Date _2/10/04_
Judge _PHIMISTER_
Clerk _DARW_

NEXT COURT APPEARANCE DATE: _2/18/04 D7_   P/NP

AT _1:00_ A.M./**P.M.** CHARGES: _F261.5(c) PC_   I/C

_F261.5(c)PC, F261.5(c)PC, F288a(b)(i)PC, F288a(b)(i)PC,_

Defense Atty: _SAP Dain Withem_ IN PRO PER _F288a(b)(i)PC, F261.5(c)PC, F288a(b)_
_for Peter Tilmann_

**DMV SUPERCEDES ANY COURT ORDER**

## ORDER

Public Defender: APPLIED FOR / APPOINTED / DENIED
Conflict Attorney: APPOINTED: _____
Interpreter Appointed   Probation Report Ordered for: J&S / Bail Review
Other: _____
_____

For:
☐ Arraignment in Superior
☐ Continued arraignment
☑ Pre Prelim Conference
☐ Pretrial Conference
☐ Court Trial
☑ Not Guilty
☑ Time: Not Waived / Waived → to next hrg
☐ Motion:
☐ Order to Show Cause
☐ _____
☐ Trial Setting Conference in Dept. _____

☐ Entry of Plea
☐ Written Waivers / Ret. by: _____
☐ Preliminary Examination _____
☐ Readiness Conference
☐ Jury Trial: _____
☐ Guilty / No Contest by: Plea / Waiver / Verdict
☐ Admits VOP / DIV: _____
☐ Diversion Hearing / Review
☐ Case Dismissed
☐ Probation / Sentencing

## CUSTODIAL STATUS

DEFENDANT BEING RELEASED ON HIS/HER OWN RECOGNIZANCE, AGREES:
(A) He / She will appear at all times and places as ordered by the Court or magistrate releasing him and as ordered by any Court in which, or any magistrate before whom, the charge is subsequently pending.
(B) If he / she fails to so appear and is apprehended outside the State of California, he / she waives extradition.
(C) Any Court or magistrate of competent jurisdiction may revoke the order of release and either return him / her to custody or require that he / she may give bail or other assurance of his / her appearance as provided in part 2, title 10, chapter 1 of the Penal Code.
☐ Order of Release on Probation
☐ Order of Release of Defendant on Own Recognizance
_____, Defendant
☐ Witnesses by: _____ Date: _____
☑ Remanded to custody of Sheriff until next appearance: ☐ Remand Forthwith
☑ Bail Amount: _As prev set_
☐ Remain at Liberty on Bail.    ☐ Defendant ordered discharged.
☐ Bail Exonerated    ☐ Refund cash bail.

## COURT PROBATION ORDER

☐ SUMMARY COURT PROBATION _____
☐ PROBATION: as granted on _____
☐ MODIFIED: Original items in full force and effect except as amended herein this date.
☐ PROB / DIV REINSTATED: Original terms in full force except as amended herein this date.
☐ REVOKED: PROBATION / DIVERSION on: _____
☐ PROBATION / DIVERSION TERMINATED: SUCCESSFUL / UNSUCCESSFUL.
☐ CRIMINAL PROCEEDINGS REINSTATED
☐ CHARGES DISMISSED and 1203.4 PC relief granted

## FURTHER ORDERS AS FOLLOWS:

☐ Standard Terms
1. Obey all laws.
2. Report immediately to Probation Department / District Attorney / Family Support Division.
3. Follow all orders of Court / Probation Officer / District Attorney / Family Support Division. and report as directed.
4. Seek and Maintain employment and notify Probation Officer / District Attorney of any change in employment status.
5. Notify Court / Probation Officer / District Attorney immediately of any change in residence address.

☐ Although not a condition of Probation, it is Judgment and Order of this Court that the defendant pay (Court appointed Atty.) (Public Defender) costs of: $ _____ payable to El Dorado County Counsel / Court within: _____ days.

TO THE SHERIFF:   The foregoing copy of judgment in the above entitled action is your authority for the execution herein.

## SENTENCE

☐ Not to operate a motor vehicle without a valid driver's license and automobile insurance.
☐ Not to operate a motor vehicle with any measurable amount of alcohol.
☐ Submit to a chemical test of blood, breath or urine upon request of any peace officer.
☐ Submit to alcohol and field sobriety tests.
☐ Not to frequent places where alcohol is chief product of sale.
☐ Not to consume, have in your possession or control any alcohol.
☐ Drivers license restricted/suspended/revoked for
for _____ from _____
☐ To and from work.   ☐ During course of employment.
☐ To and from alcohol treatment sessions.
☐ IID By: _____ with proof to court.
☐ Wet Reckless   Enroll by _____
☐ Trac 1-3 month Enroll by _____ Complete by _____
☐ Trac 1-6 month Enroll by _____ Complete by _____
☐ Trac II   Enroll by _____ Complete by _____
☐ Fine: Pay a Fine of . . . . . . . $ _____ or appear
Including Penalty Assessment
☐ Admin Fee: . . . . . . . . . . . $ _____
☐ Booking Fee: . . . . . . . . . . $ _____
☐ Restitution: Misd/Fel. . . . . . . $ _____
☐ Total Due: . . . . . . . . . . . . $ _____ or appear
☐ Fine to be paid on or before _____ or appear
☐ Payable at $ _____ per month beg. _____ or appear
☐ In lieu of Fine: Comm. Ser. / Jail
☐ Contact Community Service / Counseling by _____
☐ _____ Hrs. to be completed by _____ or appear
☐ Other: _____

Enroll/Complete By: _____

## JAIL RESTITUTION

☐ Serve _____ days/hrs. in the El Dorado County Jail.
☐ Concurrent   ☐ Consecutive   ☐ Forthwith
☐ Case No.: _____
☐ With CTS _____ days/hrs.
Contact Jail by _____ / next business day.
☐ Stay of execution: _____ at _____ a.m./p.m.
☐ Sheriff Work Program   ☐ Straight Time Only
☐ Weekends commencing: _____
☐ Home Electronic Monitoring Program
☐ Out of County   ☐ Alternative Sentencing OK
☐ Restitution in the amount to be determined by Prob. Dept./Victim witness
☐ Payable to Prob. Dept. / Court
$ _____ per month beg. _____ total: _____
☐ Payable directly to _____
with proof to the court by: _____
☐ Submit to search and seizure of person, residence, vehicle, business & property anytime, day or night with / without a search warrant.
☐ Object: _____

Dated: _____

Date of Birth: _____

Defendant Signature _____

Residence: _____

_____

Mailing Address (if different): _____

_____

...maintain any contact with

☐ Not maintain any checking account or have any checks or
   credit cards in possession or under control or custody.

☐ Destroy Weapon / Evidence

☐ Return Weapon / Evidence to: _____

☐ Register address   290 P.C.   11590 H&S   457.1(b)P.C.

☐ Defendant advised of Code requirements

☐ Other: _____

_____

_____

_____

_____

_____

ENET   D.A.   D.A./FS   P.D.   JAIL   PROB.   CO. COUNSEL   OFFICER   ATTY.   DEF.   PROG.   CHP   POLICE   V.W.   INTER.   REPTR.

Form #MC-100(REV 12/02)

SUPERIOR COURT OF CALIFORNIA, COUNTY OF EL DORADO
495 Main Street
Placerville, CA  95667

People of the State of California
VS.
TIMOTHY JASON WELLS

Case No: P04CRF0087

MINUTE ORDER

```
===============================================================================
VOP-FURTHER PROCEEDINGS
Date: 10/07/05        Time:  1:30 pm        Dept/Div: 1
===============================================================================
Charges:  1) 261.5(C) PC-F C, 2) 261.5(C) PC-F C, 3) 261.5(C) PC-F C
4) 288A(B)(1) PC-F D, 5) 288A(B)(1) PC-F D, 6) 288A(B)(1) PC-F D
--- MORE CHARGES for this Case/defendant ---
-------------------------------------------------------------------------------
```

Honorable JUDGE DANIEL B. PROUD presiding
Clerk: L. CLARK
Court Reporter J. Bowker
Bailiff C. KELLY
-------------------------
Deputy District Attorney WM. HOULE present.
Defendant is represented by Carter Vest - Retained.
Defendant is present IN CUSTODY.
-------------------------
AGREEMENT AS SET FORTH ON THE RECORD
-------------------------
Defendant requests, and is granted permission to withdraw
previously entered NOT GUILTY plea and pleads guilty.
against him/her, the right of the court to compel witnesses to
testify on their behalf, and the right to remain silent.
Defendant understands these rights and waives same
Counsel joins in waivers.
-------------------------
Defendant is advised of mandatory fines.
Defendant advised of maximum/minimum penalty.
-------------------------
PLEA
Defendant ADMITS Violation of Probation
AS TO SPECIAL ALLEGATIONS
-------------------------
Court accepts plea/admission to probation violation.
Court finds plea/admission is free & voluntary; deft knows &
understands constitutional rights, nature of charges and
consequences of his/her plea.
The Court finds that there is a factual basis for the entry of
the plea and that the plea is freely and voluntarily made.
Formal arraignment for and time of sentencing waived.
No legal cause why judgment should not now be pronounced.
-------------------------
For all charges:
-------------------------
SENTENCE
Probation is ordered Reinstated and continued.
14) Defendant committed to the custody of the County Sheriff for a
--- period of 90 days.
Credit for ANY time served.

10/12/05                                                                    Page:    2
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case Number : P04CRF0087       People vs. TIMOTHY WELLS
=================================================================================
        Sentence to run CONCURRENT to case P05CRM0637.
        -------------------------
        Probation is ordered Continued. Original items in full force and
        effect.
        -------------------------
        CUSTODY STATUS
        Released on Probation
        No further appearance scheduled.
        -------------------------
        CC:DA PD DEF JAIL PROB DCSS ATTY INT POLICE SHERIFF CHP PROG
        ==================MINUTE ORDER END==========

                                                    Dispo